**Form 154A**

**UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA**

1

In re:  Bankruptcy Case No.: 17−25054−GLT

Chapter: 13

**Steven M. Zook**  Kimberly D Zook
Debtor(s)  fka Kimberly Stoller

**NOTICE TO FILE PROOF OF CLAIM**

NOTICE IS GIVEN THAT:

Creditors who wish to share in any distribution of funds must file a proof of claim with the clerk of the bankruptcy court at the address below on or before **February 28, 2018**.

Creditors who do not file a proof of claim on or before this date might not share in any distribution from the debtor's estate.

The proof of claim form ("Official Form B410") can be obtained at the United States Courts Web site: (http://www.uscourts.gov/FormsAndFees/Forms/BankruptcyForms.aspx) or at any bankruptcy clerk's office. It may be filed by regular mail. If you wish to receive proof of its receipt by the bankruptcy court, enclose a photocopy of the proof of claim together with a stamped, self−addressed envelope or you may access the court's PACER system (www.pacer.psc.uscourts.gov) to view your filed proof of claim.

There is no fee for filing the proof of claim.

**Any creditor who has filed a proof of claim already need not file another proof of claim.**

Governmental units must file their claims 180 days after the date of the order for relief or the date listed above, whichever is later.

**Address of the Bankruptcy Court**  Michael R. Rhodes
U.S. Bankruptcy Court  *Clerk, U.S. Bankruptcy Court*
c/o CLAIMS CLERK
5414 U.S Steel Tower
600 Grant Street
Pittsburgh, PA 15219

Dated: 1/1/18

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                      Case No. 17-25054-GLT
Steven M. Zook                                                              Chapter 13
Kimberly D Zook
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2           User: culy              Page 1 of 2              Date Rcvd: Jan 01, 2018
                               Form ID: 154A          Total Noticed: 21

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 04, 2018.
db/jdb         +Steven M. Zook,    Kimberly D Zook,    905 Jackman Avenue,    Pittsburgh, PA 15202-2807
14747646       +Allegheny Co Fam Div,    414 Grant St,    Pittsburgh, PA 15219-2409
14747647       +Ars Account Resolution,    1643 Harrison Pkwy Ste 1,    Sunrise, FL 33323-2857
14747648      ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
               (address filed with court: Capital One,    15000 Capital One Dr,    Richmond, VA 23238)
14747651       +Chase Card,    Po Box 15298,    Wilmington, DE 19850-5298
14747652       +Convergent Outsourcing,    800 Sw 39th St,    Renton, WA 98057-4975
14747653      #+Debt Collection Partne,    1109 Van Voorhis Road,    Morgantown, WV 26505-3462
14747655       +Eos Cca,    Po Box 981008,    Boston, MA 02298-1008
14747656        Gm Financial,    Po Box 1181145,    Arlington, TX 76096
14747657       +I C System Inc,    Po Box 64378,    Saint Paul, MN 55164-0378
14747658       +KML,    701 Market Street, Suite 5000,    Philadelphia, PA 19106-1541
14747660       +Penn Credit,    916 S 14th St,    Harrisburg, PA 17104-3425
14747661       +R & R Collection,    Po Box 8855,    Midland, TX 79708-8855

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr             +E-mail/Text: kburkley@bernsteinlaw.com Jan 01 2018 22:14:28     Duquesne Light Company,
                c/o Allison Carr,    707 Grant Street,    Suite 2200,    Pittsburgh, PA 15219-1945
14747649       +E-mail/Text: bankruptcy@cavps.com Jan 01 2018 22:14:24      Cavalry Portfolio Serv,
                Po Box 27288,    Tempe, AZ 85285-7288
14747650       +E-mail/Text: kzoepfel@credit-control.com Jan 01 2018 22:14:23      Central Loan Admin & R,
                425 Phillips Blvd,    Ewing, NJ 08618-1430
14747654       +E-mail/Text: bknotice@erccollections.com Jan 01 2018 22:14:23      Enhanced Recovery Co L,
                8014 Bayberry Rd,    Jacksonville, FL 32256-7412
14747659       +E-mail/Text: bnckohlsnotices@becket-lee.com Jan 01 2018 22:14:17      Kohls/capone,
                N56 W 17000 Ridgewood Dr,    Menomonee Falls, WI 53051-7096
14747662       +E-mail/Text: bankruptcy@sw-credit.com Jan 01 2018 22:14:22      Sw Crdt Sys,
                4120 International Parkway,    Carrollton, TX 75007-1958
14752385       +E-mail/Text: bankruptcynotice@westlakefinancial.com Jan 01 2018 22:14:21
                WESTLAKE FINANCIAL SERVICES,    4751 WILSHIRE BLVD,    SUITE 100,    LOS ANGELES CA 90010-3847
14747663       +E-mail/Text: bankruptcynotice@westlakefinancial.com Jan 01 2018 22:14:21     Westlake Fin,
                4751 Wilshire Bvld,    Los Angeles, CA 90010-3827
                                                                                             TOTAL: 8

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 04, 2018                             Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 20, 2017 at the address(es) listed below:
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Paul W. McElrath, Jr.    on behalf of Joint Debtor Kimberly D Zook ecf@mcelrathlaw.com,
               donotemail.ecfbackuponly@gmail.com
              Paul W. McElrath, Jr.    on behalf of Debtor Steven M. Zook ecf@mcelrathlaw.com,
               donotemail.ecfbackuponly@gmail.com

```
District/off: 0315-2            User: culy                  Page 2 of 2              Date Rcvd: Jan 01, 2018
                                Form ID: 154A               Total Noticed: 21
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
                                                                                              TOTAL: 3