# United States Bankruptcy Court
## Western District of Pennsylvania

In re: **Steven M. Zook**
**Kimberly D Zook**
Debtor(s)

Case No. **17-25054**
Chapter **13**

## PAYMENT ADVICES COVER SHEET
## UNDER 11 U.S.C. § 521(a)(1)(B)(iv)

I, **Steven M. Zook**, declare under penalty of perjury that the foregoing is true and correct (CHECK ONE OF THESE BOXES):

☐ I have not been employed by any employer within the 60 days before the date of the filing of the petition.

☐ I was employed by an employer within 60 days before the date I filed my bankruptcy petition, but I have not received payment advices or other evidence of payment because

☑ I have received payment advices or other evidence of payment within 60 days before the date I filed my bankruptcy petition from any employer, and they are attached.


I, **Kimberly D Zook**, declare under penalty of perjury that the foregoing is true and correct (CHECK ONE OF THESE BOXES):

☐ I have not been employed by any employer within the 60 days before the date of the filing of the petition.

☐ I was employed by an employer within 60 days before the date I filed my bankruptcy petition, but I have not received payment advices or other evidence of payment because

☑ I have received payment advices or other evidence of payment within 60 days before the date I filed my bankruptcy petition from any employer, and they are attached.


Date **January 23, 2018**     Signature **/s/ Steven M. Zook**
                                        **Steven M. Zook**
                                        Debtor

Date **January 23, 2018**     Signature **/s/ Kimberly D Zook**
                                        **Kimberly D Zook**
                                        Joint Debtor

JOE BALL PONTIAC GMC
1350 WILLIAM FLYNN HWY
GLENSHAW, PA 15116

0446-M754-DIRDEP
610
1618

12/15/2017 | Direct Deposit
DATE | CHECK NO.

PAY TO THE ORDER OF

KIMBERLY ZOOK
905 JACKMAN AVE
PITTSBURGH PA 15202

Total Net Direct Deposit(s)
**$335.00**

AMOUNT

VOID THIS IS NOT A CHECK

FIRST NIAGARA BANK
6950 S TRANSIT RD ATTN TSC
LOCKPORT, NY 14095

PAY ONLY 0 00
**NON-NEGOTIABLE**

AUTHORIZED SIGNATURE(S)

---

TO VERIFY AUTHENTICITY OF THIS DOCUMENT, THE BACK CONTAINS HEAT SENSITIVE INK THAT CHANGES FROM BLUE TO CLEAR AND ALSO CONTAINS AN ARTIFICIAL WATERMARK WHICH CAN BE VIEWED WHEN HELD AT AN ANGLE

FOLD AND REMOVE

### PERSONAL AND CHECK INFORMATION

KIMBERLY ZOOK
905 JACKMAN AVE
PITTSBURGH, PA 15202

Soc Sec #: XXX-XX-XXXX   Employee ID: 1618
Hire Date: 06/01/14
Status: FT
Filing Status:
Federal: Married, 1
State: PA, Married, 1
Local 1: AVALON -R, Single, 3
Local 2: SHALER -N, Single, 3
Local 3: SHALER TWP -R, Single, 3
Dept: 610

Pay Period: 12/04/17 to 12/10/17
Check Date: 12/15/17   Check #: Direct Deposit

### NET PAY ALLOCATIONS

| DESCRIPTION | CURRENT ($) | YTD ($) |
|---|---|---|
| CHECKING - N - 0131 | 335.00 | 10953.39 |
| Net Pay | 335.00 | 10953.39 |

### EARNINGS

| DESCRIPTION | HRS/UNITS | RATE | CURRENT ($) | YTD HRS/UNITS | YTD ($) |
|---|---|---|---|---|---|
| REGULAR EARNING | 40.00 | 14.0000 | 560.00 | 1769.73 | 24099.25 |
| OVERTIME EARNIN | 0.73 | 21.0000 | 15.33 | 18.81 | 382.13 |
| BONUS | | | 50.00 | | 150.00 |
| HOLIDAY | | | | 40.00 | 548.00 |
| MISC EARNINGS | | | | 20.00 | 280.00 |
| SICK | | | | 24.00 | 324.00 |
| TRAINING | | | | 8.00 | 108.00 |
| VACATION | | | | 80.00 | 1080.00 |
| MEDICAL | | | -80.24 | | -4074.30 |
| AMERICAN FIDELI | | | -12.52 | | -626.00 |
| DENTAL | | | -5.66 | | -271.66 |
| VISION | | | -0.83 | | -41.50 |
| HOURS WORKED | 40.73 | | | 1826.54 | |
| ADJ EARNINGS | | | 526.08 | | 21957.92 |
| GROSS EARNINGS | 40.73 | | 625.33 | 1950.54 | 26971.38 |

### DEDUCTIONS

| DESCRIPTION | CURRENT ($) | YTD ($) |
|---|---|---|
| ADVANCE | | 2450.00 |
| AMERICAN FIDELI | 10.26 | 469.80 |
| SUPPORT | 83.55 | 4177.50 |
| PRE PAID LEGAL | 5.98 | 299.00 |
| TOTAL | 99.79 | 7366.30 |

### WITHHOLDINGS

| DESCRIPTION | CURRENT ($) | YTD ($) |
|---|---|---|
| FEDERAL W/H | 28.19 | 975.85 |
| OASDI | 32.62 | 1361.38 |
| MEDICARE | 7.63 | 318.41 |
| STATE W/H PA | 16.15 | 674.10 |
| STATE SUI PA | 0.44 | 18.86 |
| PA 0121NSHALR | 5.26 | 219.61 |
| PA 4680-LSHAL | 1.00 | 50.00 |
| TOTAL | 91.29 | 3618.23 |

| | CURRENT ($) | YTD ($) |
|---|---|---|
| **NET PAY** | 335.00 | 10953.39 |

Payrolls by Paychex, Inc.
0446-M754 JOE BALL PONTIAC GMC

JOE BALL PONTIAC GMC
1750 WILLIAM FLYNN HWY
GLENSHAW, PA 15116

0446-M784
610
1618

12/08/2017 | Direct Deposit
DATE | CHECK NO.

PAY TO THE ORDER OF

KIMBERLY ZOOK
905 JACKMAN AVE
PITTSBURGH PA 15202

Total Net Direct Deposit(s)
**$230.62**
AMOUNT

VOID THIS IS NOT A CHECK

FIRST NIAGARA BANK
6950 S TRANSIT RD ATTN TSC
LOCKPORT, NY 14095

PAY ONLY 00 DLRS 00 CTS

**NON-NEGOTIABLE**
AUTHORIZED SIGNATURE(S)

TO VERIFY AUTHENTICITY OF THIS DOCUMENT THE BACK CONTAINS HEAT SENSITIVE INK THAT CHANGES FROM BLUE TO CLEAR AND ALSO CONTAINS AN ARTIFICIAL WATERMARK WHICH CAN BE VIEWED WHEN HELD AT AN ANGLE

FOLD AND REMOVE
FOLD AND REMOVE

**PERSONAL AND CHECK INFORMATION**
KIMBERLY ZOOK
905 JACKMAN AVE
PITTSBURGH, PA 15202

Soc Sec #: XXX-XX-XXXX  Employee ID: 1618
Hire Date: 08/01/14
Status: FT
Filing Status:
Federal: Married, 1
State: PA, Married, 1
Local 1: AVALON -R, Single, 3
Local 2: SHALER -N, Single, 3
Local 3: SHALER TWP -R, Single, 3
Dept: 610

Pay Period: 11/27/17 to 12/03/17
Check Date: 12/08/17    Check #: Direct Deposit

**NET PAY ALLOCATIONS**

| DESCRIPTION | CURRENT ($) | YTD ($) |
|---|---|---|
| CHECKING - N - 0131 | 230.62 | 10618.39 |
| Net Pay | 230.62 | 10618.39 |

**EARNINGS**

| DESCRIPTION | HRS/UNITS | RATE | CURRENT ($) | YTD HRS/UNITS | YTD ($) |
|---|---|---|---|---|---|
| REGULAR EARNING | 39.70 | 14.0000 | 555.80 | 1719.73 | 23539.25 |
| OVERTIME EARNIN | | | | 18.08 | 366.80 |
| BONUS | | | | | 100.00 |
| HOLIDAY | | | | 40.00 | 548.00 |
| MISC EARNINGS | | | | 20.00 | 260.00 |
| SICK | | | | 24.00 | 324.00 |
| TRAINING | | | | 6.00 | 108.00 |
| VACATION | | | | 80.00 | 1080.00 |
| MEDICAL | | | -80.24 | | -3994.06 |
| AMERICAN FIDELI | | | -12.52 | | -613.48 |
| DENTAL | | | -5.66 | | -266.00 |
| VISION | | | -0.83 | | -40.67 |
| HOURS WORKED | 39.70 | | | 1785.81 | |
| ADJ EARNINGS | | | 456.55 | | 21431.84 |
| GROSS EARNINGS | 39.70 | | 555.80 | 1909.81 | 26346.05 |

**DEDUCTIONS**

| DESCRIPTION | CURRENT ($) | YTD ($) |
|---|---|---|
| ADVANCE | 50.00 | 2450.00 |
| AMERICAN FIDELI | 10.26 | 449.54 |
| SUPPORT | 83.55 | 4093.95 |
| PRE PAID LEGAL | 5.98 | 293.02 |
| TOTAL | 149.79 | 7286.51 |

**WITHHOLDINGS**

| DESCRIPTION | CURRENT ($) | YTD ($) |
|---|---|---|
| FEDERAL WH | 21.23 | 947.66 |
| OASDI | 28.31 | 1328.76 |
| MEDICARE | 6.62 | 310.76 |
| STATE WH PA | 14.02 | 657.95 |
| STATE SUI PA | 0.39 | 19.44 |
| PA 0121NSHALR | 4.57 | 214.35 |
| PA 4660-LSHAL | 1.00 | 48.00 |
| TOTAL | 76.14 | 3526.94 |

| | CURRENT ($) | YTD ($) |
|---|---|---|
| **NET PAY** | 230.62 | 10618.39 |

Payrolls by Paychex, Inc.
0446-M784 JOE BALL PONTIAC GMC

JOE BALL PONTIAC GMC
1750 WILLIAM FLYNN HWY
GLENSHAW, PA 15116

0446-M754 ORDER
610
1618

| | 12/01/2017 | Direct Deposit |
|---|---|---|
| | DATE | CHECK NO. |

PAY TO THE ORDER OF

KIMBERLY ZOOK
905 JACKMAN AVE
PITTSBURGH PA 15202

Total Net Direct Deposit(s)
**$229.85**
AMOUNT

VOID THIS IS NOT A CHECK

FIRST NIAGARA BANK
6950 S TRANSIT RD ATTN TSC
LOCKPORT, NY 14095

PAY 00

**NON-NEGOTIABLE**
AUTHORIZED SIGNATURE(S)

---

TO VERIFY AUTHENTICITY OF THIS DOCUMENT, THE BACK CONTAINS HEAT SENSITIVE INK THAT CHANGES FROM BLUE TO CLEAR AND ALSO CONTAINS AN ARTIFICIAL WATERMARK WHICH CAN BE VIEWED WHEN HELD AT AN ANGLE

FOLD AND REMOVE

FOLD AND REMOVE

### PERSONAL AND CHECK INFORMATION
KIMBERLY ZOOK
905 JACKMAN AVE
PITTSBURGH, PA 15202

Soc Sec #: XXX-XX-XXXX    Employee ID: 1618
Hire Date: 08/01/14
Status: FT
Filing Status:
Federal: Married, 1
State: PA, Married, 1
Local 1: AVALON -R, Single, 3
Local 2: SHALER -N, Single, 3
Local 3: SHALER TWP -R, Single, 3
Dept: 610

Pay Period: 11/20/17 to 11/26/17
Check Date: 12/01/17    Check #: Direct Deposit

### NET PAY ALLOCATIONS

| DESCRIPTION | CURRENT ($) | YTD ($) |
|---|---|---|
| CHECKING - N - 0131 | 229.85 | 10387.77 |
| Net Pay | 229.85 | 10387.77 |

### EARNINGS

| DESCRIPTION | HRS/UNITS | RATE | CURRENT ($) | YTD HRS/UNITS | YTD ($) |
|---|---|---|---|---|---|
| REGULAR EARNING | 31.63 | 14.0000 | 442.82 | 1680.03 | 22983.45 |
| OVERTIME EARNIN | | | | 18.08 | 386.80 |
| BONUS | | | | | 100.00 |
| HOLIDAY | 8.00 | 14.0000 | 112.00 | 40.00 | 548.00 |
| MISC EARNINGS | | | | 20.00 | 280.00 |
| SICK | | | | 24.00 | 324.00 |
| TRAINING | | | | 8.00 | 108.00 |
| VACATION | | | | 80.00 | 1080.00 |
| MEDICAL | | | -80.24 | | -3913.82 |
| AMERICAN FIDELI | | | -12.52 | | -600.96 |
| DENTAL | | | -5.66 | | -260.34 |
| VISION | | | -0.83 | | -39.84 |
| HOURS WORKED | 39.63 | | | 1746.11 | |
| ADJ EARNINGS | | | 455.57 | | 20975.29 |
| GROSS EARNINGS | 39.63 | | 554.62 | 1870.11 | 25790.25 |

### DEDUCTIONS

| DESCRIPTION | CURRENT ($) | YTD ($) |
|---|---|---|
| ADVANCE | 50.00 | 2400.00 |
| AMERICAN FIDELI | 10.26 | 439.28 |
| SUPPORT | 83.55 | 4010.40 |
| PRE PAID LEGAL | 5.98 | 287.04 |
| TOTAL | 149.79 | 7136.72 |

### WITHHOLDINGS

| DESCRIPTION | CURRENT ($) | YTD ($) |
|---|---|---|
| FEDERAL W/H | 21.13 | 926.43 |
| OASDI | 28.25 | 1300.45 |
| MEDICARE | 6.61 | 304.16 |
| STATE W/H PA | 13.99 | 643.93 |
| STATE SUI PA | 0.39 | 18.05 |
| PA 0121NSHALR | 4.56 | 209.78 |
| PA 4660-LSHAL | 1.00 | 48.00 |
| TOTAL | 75.93 | 3450.80 |

| | CURRENT ($) | YTD ($) |
|---|---|---|
| **NET PAY** | 229.85 | 10387.77 |

*Payrolls by Paychex, Inc.*
0446-M754 JOE BALL PONTIAC GMC

JOE BALL PONTIAC GMC
1750 WILLIAM FLYNN HWY
GLENSHAW, PA 15116

No. 0001

DATE: 11/24/2017
CHECK NO.: Direct Deposit

PAY TO THE ORDER OF
KIMBERLY ZOOK
905 JACKMAN AVE
PITTSBURGH PA 15202

Total Net Direct Deposit(s)
**$224.96**
AMOUNT

VOID. THIS IS NOT A CHECK

FIRST NIAGARA BANK
6950 S TRANSIT RD ATTN TSC
LOCKPORT, NY 14095

PAY ONLY 00 CTS CTS

**NON-NEGOTIABLE**
AUTHORIZED SIGNATURE(S)

---

### PERSONAL AND CHECK INFORMATION
KIMBERLY ZOOK
905 JACKMAN AVE
PITTSBURGH, PA 15202

Soc Sec #: XXX-XX-XXXX   Employee ID: 1618
Hire Date: 08/01/14
Status: FT
Filing Status:
Federal: Married, 1
State: PA, Married, 1
Local 1: AVALON -R, Single, 3
Local 2: SHALER -N, Single, 3
Local 3: SHALER TWP -R, Single, 3
Dept: 610

Pay Period: 11/13/17 to 11/19/17
Check Date: 11/24/17    Check #: Direct Deposit

### NET PAY ALLOCATIONS

| DESCRIPTION | CURRENT ($) | YTD ($) |
|---|---|---|
| CHECKING - N - 0131 | 224.96 | 10157.92 |
| Net Pay | 224.96 | 10157.92 |

### EARNINGS

| DESCRIPTION | HRS/UNITS | RATE | CURRENT ($) | YTD HRS/UNITS | YTD ($) |
|---|---|---|---|---|---|
| REGULAR EARNING | 39.18 | 14.0000 | 548.52 | 1648.40 | 22540.63 |
| OVERTIME EARNIN | | | | 18.08 | 366.60 |
| BONUS | | | | | 100.00 |
| HOLIDAY | | | | 32.00 | 436.00 |
| MISC EARNINGS | | | | 20.00 | 280.00 |
| SICK | | | | 24.00 | 324.00 |
| TRAINING | | | | 8.00 | 108.00 |
| VACATION | | | | 80.00 | 1060.00 |
| MEDICAL | | | -80.24 | | -3833.58 |
| AMERICAN FIDELI | | | -12.52 | | -588.44 |
| DENTAL | | | -5.66 | | -254.68 |
| VISION | | | -0.83 | | -39.01 |
| HOURS WORKED | 39.18 | | | 1706.48 | |
| ADJ EARNINGS | | | 449.27 | | 20519.72 |
| GROSS EARNINGS | 39.18 | | 548.52 | 1830.48 | 25235.43 |

### DEDUCTIONS

| DESCRIPTION | CURRENT ($) | YTD ($) |
|---|---|---|
| ADVANCE | 50.00 | 2350.00 |
| AMERICAN FIDELI | 10.26 | 429.02 |
| SUPPORT | 83.55 | 3926.85 |
| PRE PAID LEGAL | 5.98 | 281.06 |
| TOTAL | 149.79 | 6986.93 |

### WITHHOLDINGS

| DESCRIPTION | CURRENT ($) | YTD ($) |
|---|---|---|
| FEDERAL WH | 20.50 | 906.30 |
| OASDI | 27.85 | 1272.20 |
| MEDICARE | 6.51 | 297.55 |
| STATE WH PA | 13.79 | 629.94 |
| STATE SUI PA | 0.36 | 17.66 |
| PA 0121NSHALR | 4.49 | 205.22 |
| PA 4680-LSHAL | 1.00 | 47.00 |
| TOTAL | 74.52 | 3374.87 |

| NET PAY | CURRENT ($) | YTD ($) |
|---|---|---|
| | 224.96 | 10157.92 |

*Payrolls by Paychex, Inc.*
0446-M754 JOE BALL PONTIAC GMC

JOE BALL PONTIAC GMC
1750 WILLIAM FLYNN HWY
GLENSHAW, PA 15116

0446 M754
610
1618

11/17/2017 Direct Deposit
RATE  CHECK NO.

PAY TO THE ORDER OF
KIMBERLY ZOOK
905 JACKMAN AVE
PITTSBURGH PA 15202

Total Net Direct Deposit(s)
**$242.13**
AMOUNT

VOID THIS IS NOT A CHECK

FIRST NIAGARA BANK
6950 S TRANSIT RD ATTN TSC
LOCKPORT, NY 14095

PAY ONLY 0 00 CTS CTS

**NON-NEGOTIABLE**
AUTHORIZED SIGNATURE(S)

---

### PERSONAL AND CHECK INFORMATION
KIMBERLY ZOOK
905 JACKMAN AVE
PITTSBURGH, PA 15202

Soc Sec #: XXX-XX-XXXX   Employee ID: 1618
Hire Date: 08/01/14
Status: FT
Filing Status:
Federal: Married, 1
State: PA, Married, 1
Local 1: AVALON -R, Single, 3
Local 2: SHALER -N, Single, 3
Local 3: SHALER TWP -R, Single, 3
Dept: 610

Pay Period: 11/06/17 to 11/12/17
Check Date: 11/17/17   Check #: Direct Deposit

### NET PAY ALLOCATIONS

| DESCRIPTION | CURRENT ($) | YTD ($) |
|---|---|---|
| CHECKING - N - 0131 | 242.13 | 9832.96 |
| Net Pay | 242.13 | 9832.96 |

### EARNINGS

| DESCRIPTION | HRS/UNITS | RATE | CURRENT ($) | YTD HRS/UNITS | YTD ($) |
|---|---|---|---|---|---|
| REGULAR EARNING | 40.00 | 14.0000 | 560.00 | 1609.22 | 21992.11 |
| OVERTIME EARNIN | 0.50 | 21.0000 | 10.50 | 18.08 | 366.80 |
| BONUS | | | | | 100.00 |
| HOLIDAY | | | | 32.00 | 436.00 |
| MISC EARNINGS | | | | 20.00 | 280.00 |
| SICK | | | | 24.00 | 324.00 |
| TRAINING | | | | 8.00 | 108.00 |
| VACATION | | | | 80.00 | 1080.00 |
| MEDICAL | | | -80.24 | | -3753.34 |
| AMERICAN FIDELI | | | -12.52 | | -575.82 |
| DENTAL | | | -5.66 | | -249.02 |
| VISION | | | -0.83 | | -38.18 |
| HOURS WORKED | 40.50 | | | 1667.30 | |
| ADJ EARNINGS | | | 471.25 | | 20070.45 |
| GROSS EARNINGS | 40.50 | | 570.50 | 1791.30 | 24686.91 |

### DEDUCTIONS

| DESCRIPTION | CURRENT ($) | YTD ($) |
|---|---|---|
| ADVANCE | 60.00 | 2300.00 |
| AMERICAN FIDELI | 10.26 | 418.76 |
| SUPPORT | 83.55 | 3843.30 |
| PRE PAID LEGAL | 5.98 | 275.08 |
| TOTAL | 149.79 | 6837.14 |

### WITHHOLDINGS

| DESCRIPTION | CURRENT ($) | YTD ($) |
|---|---|---|
| FEDERAL W/H | 22.70 | 884.80 |
| OASDI | 29.22 | 1244.35 |
| MEDICARE | 6.83 | 291.04 |
| STATE W/H PA | 14.47 | 616.15 |
| STATE SUI PA | 0.40 | 17.28 |
| PA 0121NSHALR | 4.71 | 200.73 |
| PA 4680-LSHAL | 1.00 | 46.00 |
| TOTAL | 79.33 | 3300.35 |

| | CURRENT ($) | YTD ($) |
|---|---|---|
| NET PAY | 242.13 | 9832.96 |

Payrolls by Paychex, Inc.
0446-M754 JOE BALL PONTIAC GMC

JOE BALL PONTIAC GMC
1750 WILLIAM FLYNN HWY
GLENSHAW, PA 15116

0446-M764-DIRDEP
1618

DATE: 11/10/2017
CHECK NO.: Direct Deposit

PAY TO THE ORDER OF:
KIMBERLY ZOOK
905 JACKMAN AVE
PITTSBURGH PA 15202

Total Net Direct Deposit(s): **$227.12**

VOID THIS IS NOT A CHECK
FIRST NIAGARA BANK
6950 S TRANSIT RD ATTN TSC
LOCKPORT, NY 14095

PAY ONLY 00 CTS CTS

**NON-NEGOTIABLE**
AUTHORIZED SIGNATURE(S)

---

**PERSONAL AND CHECK INFORMATION**
KIMBERLY ZOOK
905 JACKMAN AVE
PITTSBURGH, PA 15202

Soc Sec #: XXX-XX-XXXX    Employee ID: 1618
Hire Date: 08/01/14
Status: FT
Filing Status:
Federal: Married, 1
State: PA, Married, 1
Local 1: AVALON -R, Single, 3
Local 2: SHALER -N, Single, 3
Local 3: SHALER TWP -R, Single, 3
Dept: 610

Pay Period: 10/30/17 to 11/05/17
Check Date: 11/10/17    Check #: Direct Deposit

**NET PAY ALLOCATIONS**

| DESCRIPTION | CURRENT ($) | YTD ($) |
|---|---|---|
| CHECKING - N - 0131 | 227.12 | 9690.83 |
| Net Pay | 227.12 | 9690.83 |

**EARNINGS**

| DESCRIPTION | HRS/UNITS | RATE | CURRENT ($) | YTD HRS/UNITS | YTD ($) |
|---|---|---|---|---|---|
| REGULAR EARNING | 39.38 | 14.0000 | 551.32 | 1569.22 | 21432.11 |
| OVERTIME EARNIN | | | | 17.58 | 356.30 |
| BONUS | | | | | 100.00 |
| HOLIDAY | | | | 32.00 | 436.00 |
| MISC EARNINGS | | | | 20.00 | 280.00 |
| SICK | | | | 24.00 | 324.00 |
| TRAINING | | | | 8.00 | 108.00 |
| VACATION | | | | 80.00 | 1080.00 |
| MEDICAL | | | -80.24 | | -3673.10 |
| AMERICAN FIDELI | | | -12.52 | | -583.40 |
| DENTAL | | | -6.66 | | -243.36 |
| VISION | | | -0.83 | | -37.35 |
| HOURS WORKED | 39.38 | | | 1626.80 | |
| ADJ EARNINGS | | | 452.07 | | 19599.20 |
| GROSS EARNINGS | 39.38 | | 551.32 | 1750.80 | 24116.41 |

**DEDUCTIONS**

| DESCRIPTION | CURRENT ($) | YTD ($) |
|---|---|---|
| ADVANCE | 50.00 | 2250.00 |
| AMERICAN FIDELI | 10.28 | 408.50 |
| SUPPORT | 83.55 | 3759.75 |
| PRE PAID LEGAL | 5.96 | 269.10 |
| TOTAL | 149.79 | 6687.35 |

**WITHHOLDINGS**

| DESCRIPTION | CURRENT ($) | YTD ($) |
|---|---|---|
| FEDERAL W/H | 20.78 | 862.10 |
| OASDI | 28.03 | 1215.13 |
| MEDICARE | 6.56 | 284.21 |
| STATE W/H PA | 13.88 | 601.68 |
| STATE SUI PA | 0.39 | 16.88 |
| PA 0121NSHALR | 4.52 | 196.02 |
| PA 4650-LSHAL | 1.00 | 45.00 |
| TOTAL | 75.16 | 3221.02 |

| | CURRENT ($) | YTD ($) |
|---|---|---|
| **NET PAY** | 227.12 | 9690.83 |

Payrolls by Paychex, Inc.
0446-M764 JOE BALL PONTIAC GMC

JOE BALL PONTIAC GMC
1800 WILLIAM FLYNN HWY
GLENSHAW, PA 15116

0446-M754
1618

11/03/2017 | Direct Deposit
DATE | CHECK NO.

PAY TO THE ORDER OF:
KIMBERLY ZOOK
905 JACKMAN AVE
PITTSBURGH PA 15202

Total Net Direct Deposit(s)
**$240.81**
AMOUNT

VOID THIS IS NOT A CHECK

FIRST NIAGARA BANK
6950 S TRANSIT RD ATTN TSC
LOCKPORT, NY 14095

PAY ONLY 00 CTS CTS

**NON-NEGOTIABLE**
AUTHORIZED SIGNATURE(S)

---

### PERSONAL AND CHECK INFORMATION
KIMBERLY ZOOK
905 JACKMAN AVE
PITTSBURGH, PA 15202

Soc Sec #: XXX-XX-XXXX   Employee ID: 1618
Hire Date: 08/01/14
Status: FT
Filing Status:
Federal: Married, 1
State: PA, Married, 1
Local 1: AVALON -R, Single, 3
Local 2: SHALER -N, Single, 3
Local 3: SHALER TWP -R, Single, 3
Dept: 610

Pay Period: 10/23/17 to 10/29/17
Check Date: 11/03/17   Check #: Direct Deposit

### NET PAY ALLOCATIONS

| DESCRIPTION | CURRENT ($) | YTD ($) |
|---|---|---|
| CHECKING - N - 0131 | 240.81 | 9463.71 |
| Net Pay | 240.81 | 9463.71 |

### EARNINGS

| DESCRIPTION | HRS/UNITS | RATE | CURRENT ($) | YTD HRS/UNITS | YTD ($) |
|---|---|---|---|---|---|
| REGULAR EARNING | 40.00 | 14.0000 | 560.00 | 1529.84 | 20880.79 |
| OVERTIME EARNIN | 0.42 | 21.0000 | 8.82 | 17.58 | 358.30 |
| BONUS | | | | | 100.00 |
| HOLIDAY | | | | 32.00 | 436.00 |
| MISC EARNINGS | | | | 20.00 | 280.00 |
| SICK | | | | 24.00 | 324.00 |
| TRAINING | | | | 8.00 | 108.00 |
| VACATION | | | | 80.00 | 1060.00 |
| MEDICAL | | | -80.24 | | -3592.86 |
| AMERICAN FIDELI | | | -12.52 | | -550.88 |
| DENTAL | | | -5.66 | | -237.70 |
| VISION | | | -0.83 | | -36.62 |
| HOURS WORKED | 40.42 | | | 1587.42 | |
| ADJ EARNINGS | | | 469.57 | | 19147.13 |
| GROSS EARNINGS | 40.42 | | 568.82 | 1711.42 | 23565.09 |

### DEDUCTIONS

| DESCRIPTION | CURRENT ($) | YTD ($) |
|---|---|---|
| ADVANCE | 50.00 | 2200.00 |
| AMERICAN FIDELI | 10.26 | 398.24 |
| SUPPORT | 83.55 | 3676.20 |
| PRE PAID LEGAL | 6.98 | 263.12 |
| TOTAL | 149.79 | 6537.56 |

### WITHHOLDINGS

| DESCRIPTION | CURRENT ($) | YTD ($) |
|---|---|---|
| FEDERAL W/H | 22.53 | 841.32 |
| OASDI | 29.11 | 1187.10 |
| MEDICARE | 6.81 | 277.65 |
| STATE W/H PA | 14.42 | 587.80 |
| STATE SUI PA | 0.40 | 16.49 |
| PA 0121NSHALR | 4.70 | 191.50 |
| PA 4680-LSHAL | 1.00 | 44.00 |
| TOTAL | 79.97 | 3145.86 |

| | CURRENT ($) | YTD ($) |
|---|---|---|
| **NET PAY** | 240.81 | 9463.71 |

Payrolls by Paychex, Inc.
0446-M754 JOE BALL PONTIAC GMC

JOE BALL PONTIAC GMC
1750 WILLIAM FLYNN HWY
GLENSHAW, PA 15116

0446-M784
610
1616

| | |
|---|---|
| DATE | 10/27/2017 |
| CHECK NO. | Direct Deposit |

PAY TO THE ORDER OF

KIMBERLY ZOOK
905 JACKMAN AVE
PITTSBURGH PA 15202

Total Net Direct Deposit(s)
**$215.30**
AMOUNT

VOID THIS IS NOT A CHECK

FIRST NIAGARA BANK
6950 S TRANSIT RD ATTN:TSC
LOCKPORT, NY 14095

PAY ONLY 00 CTS CTS

**NON-NEGOTIABLE**
AUTHORIZED SIGNATURE(S)

---

TO VERIFY AUTHENTICITY OF THIS DOCUMENT THE BACK CONTAINS HEAT SENSITIVE INK THAT CHANGES FROM BLUE TO CLEAR AND ALSO CONTAINS AN ARTIFICIAL WATERMARK WHICH CAN BE VIEWED WHEN HELD AT AN ANGLE

FOLD AND REMOVE

### PERSONAL AND CHECK INFORMATION
KIMBERLY ZOOK
905 JACKMAN AVE
PITTSBURGH, PA 15202

Soc Sec #: XXX-XX-XXXX    Employee ID: 1616
Hire Date: 08/01/14
Status: FT
Filing Status:
Federal: Married, 1
State: PA, Married, 1
Local 1: AVALON -R, Single, 3
Local 2: SHALER -N, Single, 3
Local 3: SHALER TWP -R, Single, 3
Dept: 610

Pay Period: 10/16/17 to 10/22/17
Check Date: 10/27/17    Check #: Direct Deposit

### NET PAY ALLOCATIONS

| DESCRIPTION | CURRENT ($) | YTD ($) |
|---|---|---|
| CHECKING - N - 0131 | 215.30 | 9222.90 |
| Net Pay | 215.30 | 9222.90 |

### EARNINGS

| DESCRIPTION | HRS/UNITS | RATE | CURRENT ($) | YTD HRS/UNITS | YTD ($) |
|---|---|---|---|---|---|
| REGULAR EARNING | 38.30 | 14.0000 | 536.20 | 1489.84 | 20320.79 |
| OVERTIME EARNIN | | | | 17.16 | 347.48 |
| BONUS | | | | | 100.00 |
| HOLIDAY | | | | 32.00 | 436.00 |
| MISC EARNINGS | | | | 20.00 | 280.00 |
| SICK | | | | 24.00 | 324.00 |
| TRAINING | | | | 8.00 | 108.00 |
| VACATION | | | | 80.00 | 1080.00 |
| MEDICAL | | | -80.24 | | -3512.62 |
| AMERICAN FIDELI | | | -12.52 | | -538.36 |
| DENTAL | | | -5.66 | | -232.04 |
| VISION | | | -0.83 | | -35.69 |
| HOURS WORKED | 38.30 | | | 1547.00 | |
| ADJ EARNINGS | | | 436.95 | | 18677.56 |
| GROSS EARNINGS | 38.30 | | 536.20 | 1871.00 | 22966.27 |

### DEDUCTIONS

| DESCRIPTION | CURRENT ($) | YTD ($) |
|---|---|---|
| ADVANCE | 50.00 | 2150.00 |
| AMERICAN FIDELI | 10.26 | 397.98 |
| SUPPORT | 83.55 | 3592.65 |
| PRE PAID LEGAL | 5.98 | 257.14 |
| TOTAL | 149.79 | 6397.77 |

### WITHHOLDINGS

| DESCRIPTION | CURRENT ($) | YTD ($) |
|---|---|---|
| FEDERAL W/H | 19.27 | 818.79 |
| OASDI | 27.08 | 1157.99 |
| MEDICARE | 6.34 | 270.84 |
| STATE W/H PA | 13.41 | 573.38 |
| STATE SUI PA | 0.38 | 16.09 |
| PA 0121NSHALR | 4.37 | 186.80 |
| PA 4680-LSHAL | 1.00 | 43.00 |
| TOTAL | 71.86 | 3066.89 |

| | CURRENT ($) | YTD ($) |
|---|---|---|
| **NET PAY** | 215.30 | 9222.90 |

Payrolls by Paychex, Inc.
0446-M784 JOE BALL PONTIAC GMC

# US bank.

US Bank National Assoc
4000 W Broadway
Robbinsdale, MN 55422
1-800-806-7009

| Pay Group: | XHR-Exception Hourly |
|---|---|
| Pay Begin Date: | 10/15/2017 |
| Pay End Date: | 10/28/2017 |

| Advice #: | 11804377 |
|---|---|
| Advice Date: | 11/03/2017 |

| TAX DATA: | Federal | PA State |
|---|---|---|
| Marital Status: | Single | N/A |
| Allowances: | | 0 |
| Addl. Amount: | | |

Steven Michael Zook
905 Jackman Ave
Pittsburgh, PA 15202

| Employee ID: | 436488 |
|---|---|
| Department: | 3008000540-BAS CALL CENTER & OPS |
| Location: | EX-PA-SS3 |
| Job Title: | Help Desk Specialist 2 |
| Pay Rate: | $18.156980 B-Hourly |

## HOURS AND EARNINGS

| Description | Pay Period Begin Date | End Date | Rate | Current Hours | Earnings | YTD Hours | YTD Earnings |
|---|---|---|---|---|---|---|---|
| Sick Pay | 10/22/2017 | 10/28/2017 | 18.156980 | 2.70 | 49.02 | 61.00 | 1,099.93 |
| Regular | 10/22/2017 | 10/28/2017 | 18.156980 | 29.00 | 526.56 | 1,448.30 | 26,187.91 |
| 10.0% Shift | 10/15/2017 | 10/28/2017 | | | 130.19 | | 3,119.64 |
| Vacation | | | | | | 160.00 | 2,899.88 |
| HolidayPay | | | | | | 32.00 | 575.34 |
| Other PTO | | | | | | 24.00 | 432.93 |
| Rest Sk | | | | | | | 274.40 |
| RstStkDiv | | | | | | | 18.50 |
| PBP Bonus | | | | | | | 950.00 |
| Sick Pay | 10/15/2017 | 10/21/2017 | 18.156980 | 4.50 | 81.71 | | |
| Regular | 10/15/2017 | 10/21/2017 | 18.156980 | 35.50 | 644.57 | | |
| TOTAL: | | | | 71.70 | 1,432.05 | 1,725.30 | 35,558.53 |

## TAXES

| Description | Current | YTD |
|---|---|---|
| Fed Withholding | 143.74 | 3,365.48 |
| Fed MED/EE | 19.58 | 489.65 |
| Fed OASDI/EE | 83.74 | 2,093.68 |
| PA Unempl EE | 0.97 | 24.20 |
| PA Withholding | 41.47 | 1,036.97 |
| PA EIT Withholding | 17.56 | 438.96 |
| PA PITTSBURGH LS Tax | 2.00 | 44.00 |
| TOTAL: | 309.06 | 7,592.94 |

## BEFORE-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Medical | 30.23 | 665.06 |
| Dental | 6.00 | 132.00 |
| 401(k) Savings Plan | 28.64 | 705.36 |
| Health Savings Acct | 19.23 | 423.06 |
| Purchased Vacation | 27.38 | 602.36 |
| TOTAL: | 111.48 | 2,527.84 |

## AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Optional Spouse/DP Term Life | 1.04 | 22.88 |
| Gem-Child | 198.35 | 3,874.70 |
| 401(k) Loan 1 | 10.99 | 241.78 |
| 401(k) Loan 2 | 10.41 | 229.02 |
| Optional Employee Term Life | 2.80 | 61.60 |
| Net Restricted Stock/Unit | 0.00 | 164.64 |
| TOTAL: | 223.59 | 4,594.62 |

## EMPLOYER PAID BENEFITS

| Description | Current | YTD |
|---|---|---|
| Medical | 131.27 | 2,897.94 |
| Dental | 5.00 | 110.00 |
| Basic Employee Term Life | 1.98 | 43.56 |
| Long Term Disability* | 1.50 | 33.00 |
| Health Savings Acct | 0.00 | 200.00 |

*TAXABLE

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current | 1,432.05 | 1,322.07 | 309.06 | 335.07 | 787.92 |
| YTD | 35,558.53 | 33,063.69 | 7,992.94 | 7,122.46 | 20,443.13 |

## NET PAY DISTRIBUTION

| | Account Type | Account Number | Deposit Amount |
|---|---|---|---|
| Advice #11804377 | Checking | ****4851 | 787.92 |
| TOTAL: | | | 787.92 |

MESSAGE:

# U.S. Bank

US Bank National Assoc
4000 W Broadway
Robbinsdale, MN 55422
1-800-806-7009

| Pay Group: | XHR-Exception Hourly |
|---|---|
| Pay Begin Date: | 10/29/2017 |
| Pay End Date: | 11/11/2017 |

| Advice #: | 11876272 |
|---|---|
| Advice Date: | 11/17/2017 |

Steven Michael Zook
905 Jackman Ave
Pittsburgh, PA 15202

| Employee ID: | 436488 |
|---|---|
| Department: | 3008000540-EAS CALL CENTER & OPS |
| Location: | EX-PA-SS3 |
| Job Title: | Help Desk Specialist 2 |
| Pay Rate: | $18.156980 H-Hourly |

| TAX DATA: | Federal | PA State |
|---|---|---|
| Marital Status: | Single | N/A |
| Allowances: | 1 | 0 |
| Addl. Amount: | | |

## HOURS AND EARNINGS

| Description | Pay Period Begin Date | End Date | Rate | Current Hours | Earnings | YTD Hours | YTD Earnings |
|---|---|---|---|---|---|---|---|
| HolidayPay | 11/05/2017 | 11/11/2017 | 18.156980 | 8.00 | 145.26 | 40.00 | 720.60 |
| Regular | 11/05/2017 | 11/11/2017 | 18.156980 | 40.00 | 726.28 | 1,528.30 | 27,640.47 |
| 10.0%Shift | 10/29/2017 | 11/11/2017 | | | 145.26 | | 3,264.90 |
| Sick Pay | | | | | | 61.00 | 1,099.93 |
| Vacation | | | | | | 160.00 | 2,899.88 |
| Other PTO | | | | | | 24.00 | 432.93 |
| Rest Sk | | | | | | | 274.40 |
| RstSkDiv | | | | | | | 18.50 |
| PBP Bonus | | | | | | | 950.00 |
| Regular | 10/29/2017 | 11/04/2017 | 18.156980 | 40.00 | 726.28 | | |
| TOTAL: | | | | 88.00 | 1,743.08 | 1,813.30 | 37,301.61 |

## TAXES

| Description | Current | YTD |
|---|---|---|
| Fed Withholding | 189.46 | 4,054.94 |
| Fed MED/EE | 24.10 | 513.75 |
| Fed OASDI/EE | 103.03 | 2,196.71 |
| PA Unempl EE | 1.18 | 25.38 |
| PA Withholding | 51.02 | 1,087.99 |
| PA EIT Withholding | 21.60 | 460.56 |
| PA PITTSBURGH LS Tax | 2.00 | 46.00 |
| TOTAL: | 392.39 | 8,385.33 |

## BEFORE-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Medical | 30.23 | 695.29 |
| Dental | 6.00 | 138.00 |
| 401(k) Savings Plan | 34.86 | 740.22 |
| Health Savings Acct | 19.23 | 442.29 |
| Purchased Vacation | 27.38 | 629.74 |
| TOTAL: | 117.70 | 2,645.54 |

## AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Optional Spouse/DP Term Life | 1.04 | 23.92 |
| Gam-Child | 198.35 | 4,073.05 |
| 401(k) Loan 1 | 10.99 | 252.77 |
| 401(k) Loan 2 | 10.41 | 239.43 |
| Optional Employee Term Life | 2.80 | 64.40 |
| Net Restricted Stock/Units | 0.00 | 164.64 |
| TOTAL: | 223.59 | 4,818.21 |

## EMPLOYER PAID BENEFITS

| Description | Current | YTD |
|---|---|---|
| Medical | 131.27 | 3,019.21 |
| Dental | 5.00 | 115.00 |
| Basic Employee Term Life | 1.98 | 45.54 |
| Long Term Disability* | 1.50 | 34.50 |
| Health Savings Acct | 0.00 | 200.00 |

*TAXABLE

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current | 1,743.08 | 1,626.88 | 392.39 | 341.29 | 1,009.40 |
| YTD | 37,301.61 | 34,690.57 | 8,385.33 | 7,463.75 | 21,452.53 |

## NET PAY DISTRIBUTION

| | Account Type | Account Number | Deposit Amount |
|---|---|---|---|
| Advice #11876272 | Checking | *******4851 | 1,009.40 |
| TOTAL: | | | 1,009.40 |

MESSAGE:

# US bank.

US Bank National Assoc
4000 W Broadway
Robbinsdale, MN 55422
1-800-806-7009

| | |
|---|---|
| Pay Group: | XHR-Exception Hourly |
| Pay Begin Date: | 11/12/2017 |
| Pay End Date: | 11/25/2017 |

| | |
|---|---|
| Advice #: | 11947678 |
| Advice Date: | 12/01/2017 |

| TAX DATA: | Federal | PA State |
|---|---|---|
| Marital Status: | Single | N/A |
| Allowances: | 1 | 0 |
| Addl. Amount: | | |

Steven Michael Zook
905 Jackman Ave
Pittsburgh, PA 15202

| | |
|---|---|
| Employee ID: | 436488 |
| Department: | 3009000540-SAS CALL CENTER & OPS |
| Location: | EX-PA-5S3 |
| Job Title: | Help Desk Specialist 2 |
| Pay Rate: | $18.156980 H-Hourly |

## HOURS AND EARNINGS

| Description | Begin Date | End Date | Rate | Hours | Earnings | Hours | Earnings |
|---|---|---|---|---|---|---|---|
| HolidayPay | 11/19/2017 | 11/25/2017 | 18.156980 | 8.00 | 145.26 | 48.00 | 865.86 |
| Regular | 11/19/2017 | 11/25/2017 | 18.156980 | 32.00 | 581.02 | 1,600.30 | 28,947.77 |
| 10.0%Shift | 11/12/2017 | 11/25/2017 | | | 130.73 | | 3,395.63 |
| Sick Pay | | | | | | 61.00 | 1,099.93 |
| Vacation | | | | | | 160.00 | 2,899.88 |
| Other PTO | | | | | | 24.00 | 432.93 |
| Rest Stk | | | | | | | 274.40 |
| RstStkDiv | | | | | | | 18.50 |
| PBP Bonus | | | | | | | 950.00 |
| Regular | 11/12/2017 | 11/18/2017 | 18.156980 | 40.00 | 726.28 | | |
| **TOTAL:** | | | | **80.00** | **1,583.29** | **1,893.30** | **38,884.90** |

## TAXES

| Description | Current | YTD |
|---|---|---|
| Fed Withholding | 165.97 | 4,220.91 |
| Fed MED/EE | 21.77 | 535.52 |
| Fed OASDI/EE | 93.12 | 2,289.83 |
| PA Unempl EE | 1.08 | 26.46 |
| PA Withholding | 46.11 | 1,134.10 |
| PA EIT Withholding | 19.53 | 480.09 |
| PA PITTSBURGH LS Tax | 2.00 | 48.00 |
| **TOTAL:** | **349.58** | **8,734.91** |

## BEFORE-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Medical | 30.23 | 725.52 |
| Dental | 6.00 | 144.00 |
| 401(k) Savings Plan | 31.67 | 771.89 |
| Health Savings Acct | 19.23 | 461.52 |
| Purchased Vacation | 27.38 | 657.12 |
| **TOTAL:** | **114.51** | **2,760.05** |

## AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Optional Spouse/DP Term Life | 1.04 | 24.96 |
| Gam-Child | 198.35 | 4,271.40 |
| 401(k) Loan 1 | 10.99 | 263.76 |
| 401(k) Loan 2 | 10.41 | 249.84 |
| Optional Employee Term Life | 2.80 | 67.20 |
| Net Restricted Stock/Units | 0.00 | 164.64 |
| **TOTAL:** | **223.59** | **5,041.80** |

## EMPLOYER PAID BENEFITS

| Description | Current | YTD |
|---|---|---|
| Medical | 131.27 | 3,150.48 |
| Dental | 5.00 | 120.00 |
| Basic Employee Term Life | 1.98 | 47.52 |
| Long Term Disability* | 1.50 | 36.00 |
| Health Savings Acct | 0.00 | 200.00 |

*TAXABLE

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current: | 1,583.29 | 1,470.28 | 349.58 | 338.10 | 895.61 |
| YTD | 38,884.90 | 36,160.85 | 8,734.91 | 7,801.85 | 22,348.14 |

## NET PAY DISTRIBUTION

| | Account Type | Account Number | Deposit Amount |
|---|---|---|---|
| Advice #11947678 | Checking | ******4851 | 895.61 |
| **TOTAL:** | | | **895.61** |

MESSAGE:

# usbank.

| | | |
|---|---|---|
| US Bank National Assoc<br>4000 W Broadway<br>Robbinsdale, MN 55422<br>1-800-806-7009 | Pay Group: XHR-Exception Hourly<br>Pay Begin Date: 11/26/2017<br>Pay End Date: 12/09/2017 | Advice #: 12019707<br>Advice Date: 12/15/2017 |
| | | TAX DATA: Federal / PA State<br>Marital Status: Single / N/A<br>Allowances: 1 / 0<br>Addl. Amount: |
| Steven Michael Zook<br>905 Jackman Ave<br>Pittsburgh, PA 15202 | Employee ID: 436438<br>Department: 3008000540-EAS CALL CENTER & OPS<br>Location: EX-PA-SS3<br>Job Title: Help Desk Specialist 2<br>Pay Rate: $18.156980 H-Hourly | |

## HOURS AND EARNINGS

| | Pay Period | | | Current | | | YTD | |
|---|---|---|---|---|---|---|---|---|
| Description | Begin Date | End Date | Rate | Hours | Earnings | Hours | Earnings | |
| Regular | 12/03/2017 | 12/09/2017 | 18.156980 | 40.00 | 726.28 | 1,680.30 | 30,400.33 | |
| 10.0%Shift | 11/26/2017 | 12/09/2017 | | | 145.26 | | 3,540.89 | |
| Sick Pay | | | | | | 61.00 | 1,099.93 | |
| Vacation | | | | | | 160.00 | 2,899.88 | |
| HolidayPay | | | | | | 48.00 | 865.86 | |
| Other PTO | | | | | | 24.00 | 432.93 | |
| Rest Stk | | | | | | | 274.40 | |
| RstStkDiv | | | | | | | 18.50 | |
| PBP Bonus | | | | | | | 950.00 | |
| Regular | 11/26/2017 | 12/02/2017 | 18.156980 | 40.00 | 726.28 | | | |
| | | | | 80.00 | 1,597.82 | 1,973.30 | 40,482.72 | |

## TAXES

| Description | Current | YTD |
|---|---|---|
| Fed Withholding | 172.90 | 4,393.81 |
| Fed MED/EE | 21.99 | 557.51 |
| Fed OASDI/EE | 94.02 | 2,383.85 |
| PA Unempl EE | 1.09 | 27.55 |
| PA Withholding | 46.56 | 1,180.66 |
| PA EIT Withholding | 19.71 | 499.80 |
| PA PITTSBURGH LS Tax | 2.00 | 50.00 |
| TOTAL: | 358.27 | 9,093.18 |

## BEFORE-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Medical | 30.23 | 753.75 |
| Dental | 6.00 | 150.00 |
| Health Savings Acct | 19.23 | 480.75 |
| Purchased Vacation | 27.38 | 684.50 |
| 401(k) Savings Plan | 0.00 | 771.89 |
| TOTAL: | 82.84 | 2,842.89 |

## AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Optional Spouse/DP Term Life | 1.04 | 26.00 |
| Gain-Child | 198.35 | 4,469.75 |
| 401(k) Loan 1 | 10.99 | 274.75 |
| 401(k) Loan 2 | 10.41 | 260.25 |
| Optional Employee Term Life | 2.80 | 70.00 |
| Net Restricted Stock/Units | 0.00 | 164.64 |
| TOTAL: | 223.59 | 5,265.39 |

## EMPLOYER PAID BENEFITS

| Description | Current | YTD |
|---|---|---|
| Medical | 131.27 | 3,281.75 |
| Dental | 5.00 | 125.00 |
| Basic Employee Term Life | 1.98 | 49.50 |
| Long Term Disability* | 1.50 | 37.50 |
| Health Savings Acct | 0.00 | 200.00 |

*TAXABLE

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current | 1,597.82 | 1,516.43 | 358.27 | 306.43 | 933.12 |
| YTD | 40,482.72 | 37,677.33 | 9,093.18 | 8,108.28 | 23,281.26 |

## NET PAY DISTRIBUTION

| | Account Type | Account Number | Deposit Amount |
|---|---|---|---|
| Advice #12019707 | Checking | ******4351 | 933.12 |
| TOTAL: | | | 933.12 |

MESSAGE: