| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Steven M. Zook** | Social Security number or ITIN   xxx–xx–1106 |
| | First Name    Middle Name    Last Name | EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | **Kimberly D Zook** | Social Security number or ITIN   xxx–xx–8747 |
| | First Name    Middle Name    Last Name | EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | **WESTERN DISTRICT OF PENNSYLVANIA** | Date case filed for chapter  13  12/20/17 |
| Case number:   **17–25054–GLT** | | |

## Official Form 309I

# Notice of Chapter 13 Bankruptcy Case

12/17

**For the debtors listed above, a case has been filed under chapter 13 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors, the debtors' property, and certain codebtors. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

Confirmation of a chapter 13 plan may result in a discharge. Creditors who assert that the debtors are not entitled to a discharge under 11 U.S.C. § 1328(f) must file a motion objecting to discharge in the bankruptcy clerk's office within the deadline specified in this notice. Creditors who want to have their debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office by the same deadline. (See line 13 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at  www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Steven M. Zook | Kimberly D Zook |
| 2. | **All other names used in the last 8 years** | | fka Kimberly Stoller |
| 3. | **Address** | 905 Jackman Avenue Pittsburgh, PA 15202 | 905 Jackman Avenue Pittsburgh, PA 15202 |
| 4. | **Debtor's attorney** Name and address | Paul W. McElrath Jr. McElrath Legal Holdings, LLC. 1641 Saw Mill Run Boulevard Pittsburgh, PA 15210 | Contact phone 412–765–3606 Email:  ecf@mcelrathlaw.com |
| 5. | **Bankruptcy trustee** Name and address | Ronda J. Winnecour Suite 3250, USX Tower 600 Grant Street Pittsburgh, PA 15219 | Contact phone 412–471–5566 Email:  cmecf@chapter13trusteewdpa.com |
| 6. | **Bankruptcy clerk's office** Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at  www.pacer.gov. | U.S. Bankruptcy Court 5414 U.S. Steel Tower 600 Grant Street Pittsburgh, PA 15219 | Hours open: Mon. – Fri. Pittsburgh Office: 9:00a.m. – 4:30p.m. Erie Office: 9:00a.m. – 4:30p.m. Contact phone 412–644–2700 Date: 1/29/18 |

**For more information, see page 2**

Debtor **Steven M. Zook** and **Kimberly D Zook**                                    Case number **17–25054–GLT**

| | | |
|---|---|---|
| **7. Meeting of creditors**<br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **February 26, 2018 at 02:00 PM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | **Location:**<br>**3251 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219** |
| **8. Deadlines**<br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **Deadline to file a complaint to challenge dischargeability of certain debts:**<br>**You must file:**<br>• a motion if you assert that the debtors are not entitled to receive a discharge under U.S.C. § 1328(f), or<br><br>• a complaint if you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4). | **Filing deadline: 4/27/18** |
| | **Deadline for all creditors to file a proof of claim (except governmental units):** | **Filing deadline: 2/28/18** |
| | **Deadline for governmental units to file a proof of claim:** | **Filing deadline: 6/18/18** |
| | **Deadlines for filing proof of claim:**<br>A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at <u>www.uscourts.gov</u> or any bankruptcy clerk's office.<br>If you do not file a proof of claim by the deadline, you might not be paid on your claim. To be paid, you must file a proof of claim even if your claim is listed in the schedules that the debtor filed.<br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **9. Filing of plan** | The debtor has filed a plan. The plan is enclosed. The hearing on confirmation will be held on:<br>**2/26/18** at **02:00 PM** , Location: **3251 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219** | |
| **10. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadline in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **11. Filing a chapter 13 bankruptcy case** | Chapter 13 allows an individual with regular income and debts below a specified amount to adjust debts according to a plan. A plan is not effective unless the court confirms it. You may object to confirmation of the plan and appear at the confirmation hearing. A copy of the plan, if not enclosed, will be sent to you later, and if the confirmation hearing is not indicated on this notice, you will be sent notice of the confirmation hearing. The debtor will remain in possession of the property and may continue to operate the business, if any, unless the court orders otherwise. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors, even if the case is converted to chapter 7. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at <u>www.pacer.gov</u>. If you believe that the law does not authorize an exemption that debtors claimed, you may file an objection by the deadline. | |
| **13. Discharge of debts** | Confirmation of a chapter 13 plan may result in a discharge of debts, which may include all or part of a debt. However, unless the court orders otherwise, the debts will not be discharged until all payments under the plan are made. A discharge means that creditors may never try to collect the debt from the debtors personally except as provided in the plan. If you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4), you must file a complaint and pay the filing fee in the bankruptcy clerk's office by the deadline. If you believe that the debtors are not entitled to a discharge of any of their debts under 11 U.S.C. § 1328(f), you must file a motion. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 8. | |

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                    Case No. 17-25054-GLT
Steven M. Zook                                                            Chapter 13
Kimberly D Zook
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: culy          Page 1 of 2          Date Rcvd: Jan 29, 2018
                             Form ID: 309I        Total Noticed: 37

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 31, 2018.
```
db/jdb      +Steven M. Zook,    Kimberly D Zook,    905 Jackman Avenue,    Pittsburgh, PA 15202-2807
aty         +Allison L. Carr,    Bernstein-Burkley, PC,    Gulf Tower, Suite 2200,    707 Grant Street,
              Pittsburgh, PA 15219-1945
aty         +James Warmbrodt,    KML Law Group, P.C.,    701 Market Street,    Suite 5000,
              Philadelphia, PA 19106-1541
tr          +Ronda J. Winnecour,    Suite 3250, USX Tower,    600 Grant Street,    Pittsburgh, PA 15219-2702
14747646    +Allegheny Co Fam Div,    414 Grant St,    Pittsburgh, PA 15219-2409
14765143    +Amber Zook,    180 Mt. Pleasant Road,    Warrendale, PA 15086-7555
14747647    +Ars Account Resolution,    1643 Harrison Pkwy Ste 1,    Sunrise, FL 33323-2857
14765150    +Comcast,    Po Box 3001,    Southeastern, PA 19398-3001
14765152     David Stoller,    54 Mt. Pleasant Road,    Sistersville, WV 26175
14747653    #+Debt Collection Partne,    1109 Van Voorhis Road,    Morgantown, WV 26505-3462
14747655    +Eos Cca,    Po Box 981008,    Boston, MA 02298-1008
14747656    +Gm Financial,    Po Box 1181145,    Arlington, TX 76096
14747658    +KML,    701 Market Street, Suite 5000,    Philadelphia, PA 19106-1541
14765160    +PA SCDU,    PO Box 69110,    Harrisburg, PA 17106-9110
14747660    +Penn Credit,    916 S 14th St,    Harrisburg, PA 17104-3425
14747661    +R & R Collection,    Po Box 8855,    Midland, TX 79708-8855
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
aty          E-mail/Text: ecf@mcelrathlaw.com Jan 30 2018 02:10:54     Paul W. McElrath, Jr.,
              McElrath Legal Holdings, LLC.,    1641 Saw Mill Run Boulevard,    Pittsburgh, PA  15210
smg          E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jan 30 2018 02:11:24     Pennsylvania Dept. of Revenue,
              Department 280946,    P.O. Box 280946,    ATTN: BANKRUPTCY DIVISION,
              Harrisburg, PA  17128-0946
ust         +E-mail/Text: ustpregion03.pi.ecf@usdoj.gov Jan 30 2018 02:11:37
              Office of the United States Trustee,    Liberty Center.,    1001 Liberty Avenue, Suite 970,
              Pittsburgh, PA 15222-3721
cr          +E-mail/Text: kburkley@bernsteinlaw.com Jan 30 2018 02:12:14     Duquesne Light Company,
              c/o Allison Carr,    707 Grant Street,    Suite 2200,    Pittsburgh, PA 15219-1945
14747648     EDI: CAPITALONE.COM Jan 30 2018 01:48:00     Capital One,    15000 Capital One Dr,
              Richmond, VA 23238
14764172     EDI: CAPITALONE.COM Jan 30 2018 01:48:00     Capital One Bank (USA), N.A.,    PO Box 71083,
              Charlotte, NC  28272-1083
14763586     EDI: BL-BECKET.COM Jan 30 2018 01:48:00     Capital One, N.A.,    c/o Becket and Lee LLP,
              PO Box 3001,    Malvern PA 19355-0701
14747649    +E-mail/Text: bankruptcy@cavps.com Jan 30 2018 02:11:55     Cavalry Portfolio Serv,
              Po Box 27288,    Tempe, AZ 85285-7288
14754923    +E-mail/Text: bankruptcy@cavps.com Jan 30 2018 02:11:55     Cavalry SPV I, LLC,
              500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-1340
14747650    +E-mail/Text: kzoepfel@credit-control.com Jan 30 2018 02:11:42     Central Loan Admin & R,
              425 Phillips Blvd,    Ewing, NJ 08618-1430
14747651    +EDI: CHASE.COM Jan 30 2018 01:48:00     Chase Card,    Po Box 15298,    Wilmington, DE 19850-5298
14765149    +EDI: CITICORP.COM Jan 30 2018 01:48:00     Citibank,    701 East 60th Street N,
              Sioux Falls, SD 57104-0493
14747652    +EDI: CONVERGENT.COM Jan 30 2018 01:48:00     Convergent Outsourcing,    800 Sw 39th St,
              Renton, WA 98057-4975
14747654    +E-mail/Text: bknotice@erccollections.com Jan 30 2018 02:11:46     Enhanced Recovery Co L,
              8014 Bayberry Rd,    Jacksonville, FL 32256-7412
14747657    +EDI: IIC9.COM Jan 30 2018 01:48:00     I C System Inc,    Po Box 64378,
              Saint Paul, MN 55164-0378
14747659    +EDI: CBSKOHLS.COM Jan 30 2018 01:48:00     Kohls/capone,    N56 W 17000 Ridgewood Dr,
              Menomonee Falls, WI 53051-7096
14765163    +EDI: NEXTEL.COM Jan 30 2018 01:48:00     Sprint,    Customer Service,    P.O. Box 8077,
              London, KY 40742-8077
14747662    +EDI: SWCR.COM Jan 30 2018 01:48:00     Sw Crdt Sys,    4120 International Parkway,
              Carrollton, TX 75007-1958
14765165     EDI: AISTMBL.COM Jan 30 2018 01:48:00     T Mobile,    12920 SE 38th Street,
              Bellevue, WA 98006
14752385    +E-mail/Text: bankruptcynotice@westlakefinancial.com Jan 30 2018 02:11:37
              WESTLAKE FINANCIAL SERVICES,    4751 WILSHIRE BLVD,    SUITE 100,    LOS ANGELES CA 90010-3847
14747663    +E-mail/Text: bankruptcynotice@westlakefinancial.com Jan 30 2018 02:11:38     Westlake Fin,
              4751 Wilshire Bvld,    Los Angeles, CA 90010-3827
                                                                                        TOTAL: 21
```

```
          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr             Pingora Loan Servicing, LLC
```

```
District/off: 0315-2          User: culy                Page 2 of 2              Date Rcvd: Jan 29, 2018
                             Form ID: 309I             Total Noticed: 37

14765142*       +Allegheny Co Fam Div,    414 Grant St,    Pittsburgh, PA 15219-2409
14765144*       +Ars Account Resolution,    1643 Harrison Pkwy Ste 1,     Sunrise, FL 33323-2857
14765145*      ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
                (address filed with court:  Capital One,    15000 Capital One Dr,    Richmond, VA 23238)
14765146*       +Cavalry Portfolio Serv,    Po Box 27288,    Tempe, AZ 85285-7288
14765147*       +Central Loan Admin & R,    425 Phillips Blvd,    Ewing, NJ 08618-1430
14765148*       +Chase Card,    Po Box 15298,    Wilmington, DE 19850-5298
14765151*       +Convergent Outsourcing,    800 Sw 39th St,    Renton, WA 98057-4975
14765153*       +Debt Collection Partne,    1109 Van Voorhis Road,    Morgantown, WV 26505-3462
14765154*       +Enhanced Recovery Co L,    8014 Bayberry Rd,    Jacksonville, FL 32256-7412
14765155*       +Eos Cca,    Po Box 981008,    Boston, MA 02298-1008
                 Gm Financial,    Po Box 1181145,    Arlington, TX 76096
14765157*       +I C System Inc,    Po Box 64378,    Saint Paul, MN 55164-0378
14765158*       +KML,    701 Market Street, Suite 5000,    Philadelphia, PA 19106-1541
14765159*       +Kohls/capone,    N56 W 17000 Ridgewood Dr,    Menomonee Falls, WI 53051-7096
14765161*       +Penn Credit,    916 S 14th St,    Harrisburg, PA 17104-3425
14765162*       +R & R Collection,    Po Box 8855,    Midland, TX 79708-8855
14765164*       +Sw Crdt Sys,    4120 International Parkway,    Carrollton, TX 75007-1958
14765166*       +Westlake Fin,    4751 Wilshire Bvld,    Los Angeles, CA 90010-3827
                                                                        TOTALS: 1, * 18, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 31, 2018                          Signature:    /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 29, 2018 at the address(es) listed below:
              Allison L. Carr    on behalf of Creditor    Duquesne Light Company acarr@bernsteinlaw.com,
                acarr@ecf.courtdrive.com;cwirick@ecf.courtdrive.com
              James Warmbrodt    on behalf of Creditor    Pingora Loan Servicing, LLC bkgroup@kmllawgroup.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Paul W. McElrath, Jr.    on behalf of Joint Debtor Kimberly D Zook ecf@mcelrathlaw.com,
                donotemail.ecfbackuponly@gmail.com
              Paul W. McElrath, Jr.    on behalf of Debtor Steven M. Zook ecf@mcelrathlaw.com,
                donotemail.ecfbackuponly@gmail.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com

                                                                        TOTAL: 6