**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

**In Re:**

|                        |     |                              |
|------------------------|-----|------------------------------|
|                        | :   | **Case No. 17-25054-GLT**    |
| **Steven Zook and**    | :   |                              |
| **Kimberly Zook,**     | :   | **Chapter 13**               |
| **Debtors**            | :   |                              |
|                        | :   | **Related to Doc. No.  24**  |
| **Steven Zook,**       | :   |                              |
| **Movant**             | :   |                              |
|                        | :   |                              |
| **vs.**                | :   |                              |
|                        | :   |                              |
| **US Bank**            | :   |                              |
| **Respondent**         | :   |                              |

CERTIFICATE OF SERVICE OF WAGE ATTACHMENT ORDER
ALONG WITH THE NOTICE OF DEBTOR'S SOCIAL SECURITY NUMBER

I, Sharla Munroe, certify under penalty of perjury that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on February 1, 2018, I served a copy of the above-captioned pleading and within Wage Attachment Order together with Notice of Debtors Social Security Number filed in this proceeding on the respondent(s) on the attached list.

The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was: by United States mail, first class or electronic mail where indicated.

Executed on: February 1, 2018          /s/ Sharla Munroe
Sharla Munroe, Paralegal
McElrath Legal Holdings, LLC
1641 Saw Mill Run Blvd.
Pittsburgh, PA 15210
Tel: 412.765.3606
Fax: 412.765.1917

Service by NEF

Office of the U.S. Trustee
Ustpregion3.pi.ecf@usdoj.gov

Ronda J. Winnecour, Ch. 13 Trustee
cmecf@chapter13trusteewdpa.com

Service by First-Class Mail:

Steven M. Zook
905 Jackman Avenue
 Pittsburgh, PA 15202

US Bank
Attention:  Payroll Manager
400 W. Broadway
Minneapolis MN 55422