# MINUTES OF CHAPTER 13 § 341 MEETING OF CREDITORS
## AND SETTLEMENT CONFERENCE ON PLAN CONFIRMATIONS

Case Name: __Zook_____ JAD/TPA/CMB/**GLT**

Case Number: __17-25054__

Date of Meeting: __2/26/18__    Recording # __17__

Debtor(s) present __✓__ or Not Present _____ (___No Payments Made or ___ partial payments)

Attorney for debtor(s) __McElrath_____ (Present __✓__ or Not Present ___)

Date of Plan at § 341: __1/23/18__   Applicable commitment period __✓__ 3 yrs ___ 5 yrs

WA attachment filed & served $\bar{c}$ withholding

Both Debtors owe DSO
w/ held from Salary - current
Debtor H - child support (11 yrs old)
Debtor w - child support (15 & 16)

Ask for copy of 2016 & 2017 when completed.

___ Meeting HELD and CONCLUDED
__✓__ Meeting HELD but CONTINUED (not closed)
___ Meeting NOT HELD

___ Order to Show Cause Requested
___ To be rescheduled by Clerk

__✓__ Confirmation Order recommended ___ Final __✓__ Interim
___ Amended Plan due: _____; Objections due: _____

___ Trustee recommends dismissal of the case (Debtor consents)
___ Trustee recommends dismissal of the case (Debtor does not consent)*
___ Trustee recommends dismissal of the case (Debtor has no defense)
___ Debtor requests dismissal of the case. Motion to be filed by the Debtor within 10 days
__✓__ Continued to:
   ___ 341 Meeting   OR   __✓__ Conciliation Conf. OR ___ *Contested Hearing
   On __6/21/18__ at __2:00__ am/**pm** Location _____

_____
Chapter 13 Trustee/Attorney for Trustee

FILED 2018 MAR -2 AM 10:19 CLERK U.S. BANKRUPTCY COURT PITTSBURGH