Form 149

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

**Steven M. Zook**
**Kimberly D Zook**
**fka Kimberly Stoller**
   Debtor(s)

Bankruptcy Case No.: 17–25054–GLT
Issued Per 2/26/2018 Proceeding
Chapter: 13
Docket No.: 30 – 20
Concil. Conf.: June 21, 2018 at 02:00 PM

**ORDER OF COURT CONFIRMING PLAN AS MODIFIED**
**AND SETTING DEADLINES FOR CERTAIN ACTIONS**

*(1.) PLAN CONFIRMATION:*

    IT IS HEREBY ORDERED that upon consent of the Debtor(s), the Chapter 13 Plan dated January 23, 2018 is CONFIRMED as modified at the Plan confirmation hearing. Terms of the Plan not expressly modified by this Order remain in full force and effect. A copy of this Plan was previously mailed to you. *Only those provisions which are checked below apply to this case:*

- ☐ A. For the remainder of the Plan term, the periodic Plan payment is amended to be $ as of . Debtor(s)' counsel shall file a motion to amend the income attachment order within seven (7) days of the date of this Order.

- ☐ B. The length of the Plan is increased to a total of months. This statement of duration of the Plan is an approximation. The Plan shall not be completed until the goals of the Plan have been achieved. The total length of the Plan shall not exceed sixty (60) months.

- ☒ C. Plan confirmation is on an interim basis only as a form of adequate protection. The Trustee is authorized to distribute to secured and priority creditors with percentage fees. *A final plan conciliation conference will be held on Jun. 21, 2018 at 02:00 PM, in 3251 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219.* If the Parties cannot resolve all disputes at the conciliation conference, a hearing will be scheduled and orally announced at the conclusion of the conference without any further written notice to any party. Parties are directed to monitor the Court's docket and read the Chapter 13 Trustee's minutes of the conciliation conference to the extent such parties desire more information regarding the outcome of the conciliation conference.

- ☐ D. Plan confirmation is subject to the resolution of all actions to determine the avoidability, priority, or extent of liens; including determination of the allowed amount of secured claims under *11 U.S.C. §506*, disputes over the amount and allowance of claims entitled to priority under *11 U.S.C. §507*, and all objections to claims.

- ☐ E. The allowed claims of general unsecured creditors shall be paid from available funds on a pro rata basis, which may represent an increase or decrease in the amount projected in the Plan.

- ☐ F.  shall be paid monthly payments of $ beginning with the Trustee's distribution and continuing for the duration of the plan term, to be applied by that creditor to it's administrative claim, budget payments and/or security deposit. These payments shall be at the third distribution level.

- ☐ G. The claims of the following creditors shall govern as to amount, classification and rate of interest (or as otherwise noted), unless the Debtor(s) successfully objects to the claim: .

- ☐ H. Additional Terms:

*(2.)    IT IS FURTHER ORDERED THAT THE FOLLOWING DEADLINES ARE ESTABLISHED:*

**A.    Objections to the Plan.** Pursuant to *Fed.R.Bankr.P. 2002(b)*, this Order shall not become final for a period of twenty−eight (28) days. Any party in interest with an objection to any provision of this Confirmation Order must file a written objection within that twenty−eight (28) day period. Failure to timely object shall be deemed a waiver of all objections and an acceptance of the provisions of this confirmed Plan. The Trustee may disburse funds pursuant to this confirmation order upon it's entry.

**B.    Applications to retain brokers, sales agents, or other professionals.** If the Plan contemplates sales of assets or litigation proceeds as a source of funding, Debtor(s) shall file motion(s) to employ the necessary professionals within thirty (30) days hereof.

**C.    Review of Claims Docket and Objections to Claims.** Pursuant to *W.PA.LBR 3021−1(c)(2)*, the Debtor or Debtor's attorney, if represented, shall review the proofs of claim filed and shall file objections to any disputed claims within ninety (90) days after the claims bar date or, for late filed or amended claims, within ninety (90) days after they are filed and served. Absent an objection, the proof of claim will govern as to the classification and amount of the claim. Objections filed after the ninety (90) days specified herein shall be deemed untimely.

**D.    Motions or Complaints Pursuant to §§506, 507 or 522.** All actions to determine the priority, avoidability, or extent of liens, all actions pursuant to *11 U.S.C. §§506, 507 and 522* shall be filed within ninety (90) days after the claims bar date.

**E.    Filing Amended Plans.** Within fourteen (14) days after the Bankruptcy Court resolves the priority, avoidability, or extent of a lien, or any objection to claim, the Debtor(s) shall file an amended Plan to provide for the allowed amount of the claim if the allowed amount differs from the amount stated in the plan. Debtor(s) shall also file an amended Plan within thirty (30) days after the claims bar date(s) in the event that no objection is filed and the claim(s) as filed causes the Plan to be underfunded.

*(3.)*  **IT IS FURTHER ORDERED THAT:**

**A.** After the claims objection deadline, the Plan shall be deemed amended to conform to the claims filed or otherwise allowed. If the Plan expressly modified the terms of payment to any creditor pursuant to *11 U.S.C. §1322(b)(2)*, nothing in this Order shall be construed to change the payment terms established in the Plan.

**B.** Any creditor who files or amends a proof of claim shall serve a copy on the Debtor(s) or counsel for the Debtor(s).

**C.** Any creditor whose payment changes due to variable interest rates, change in escrow, or change in monthly payments, shall notify the Trustee, Debtor(s)' counsel and Debtor(s) at least twenty–one (21) days prior to the change taking effect.

**D.** Debtor's counsel must file a fee application in accordance with *W.PA.LBR 2016–1* before attorney fees in excess of the "no look" provision (including retainer) will be allowed or paid.

**E.** The Trustee shall file a *Certificate of Default and Request for Dismissal* of the case in the event of a material Plan default. If the default involves failure to make a plan payment the case will result in dismissal without further hearing upon filing and service of an *Affidavit of Default* by the Trustee. The Trustee is not precluded from raising pre–confirmation defaults in any subsequent motion to dismiss.

**F.** In the event that any order is entered in this case granting relief from the automatic stay to a secured creditor, then the Trustee shall make no further disbursements to any creditor on account of any *secured claim* that is secured by the subject property, unless directed otherwise by further Order of Court.

_____
Gregory L. Taddonio, Judge
United States Bankruptcy Court

Dated: March 2, 2018

cc:  All Parties in Interest to be served by Clerk in seven (7) days

United States Bankruptcy Court
Western District of Pennsylvania

In re:
Steven M. Zook
Kimberly D Zook
    Debtors

Case No. 17-25054-GLT
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: dbas     Page 1 of 2     Date Rcvd: Mar 02, 2018
                      Form ID: 149     Total Noticed: 37

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 04, 2018.

```
db/jdb         +Steven M. Zook,    Kimberly D Zook,    905 Jackman Avenue,    Pittsburgh, PA 15202-2807
cr             +Borough of Avalon,    437 Grant Street, 14th Floor,    Frick Building,    Frick Building,
                 Pittsburgh, PA  15219,    UNITED STATES 15219-6101
14747646       +Allegheny Co Fam Div,    414 Grant St,    Pittsburgh, PA 15219-2409
14765143       +Amber Zook,    180 Mt. Pleasant Road,    Warrendale, PA 15086-7555
14747647       +Ars Account Resolution,    1643 Harrison Pkwy Ste 1,    Sunrise, FL 33323-2857
14781164       +Borough of Avalon,    Goehring, Rutter & Boehm,    c/o Jeffrey R. Hunt, Esquire,
                 437 Grant Street, 14th Floor,    Frick Building,    Pittsburgh, PA 15219-6101
14747648      ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
                 (address filed with court: Capital One,    15000 Capital One Dr,    Richmond, VA 23238)
14764172        Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC  28272-1083
14763586        Capital One, N.A.,    c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701
14747651       +Chase Card,    Po Box 15298,    Wilmington, DE 19850-5298
14765149       +Citibank,    701 East 60th Street N,    Sioux Falls, SD 57104-0493
14765150       +Comcast,    Po Box 3001,    Southeastern, PA 19398-3001
14747652       +Convergent Outsourcing,    800 Sw 39th St,    Renton, WA 98057-4975
14765152        David Stoller,    54 Mt. Pleasant Road,    Sistersville, WV 26175
14747653       #+Debt Collection Partne,    1109 Van Voorhis Road,    Morgantown, WV 26505-3462
14747655       +Eos Cca,    Po Box 981008,    Boston, MA 02298-1008
14747656        Gm Financial,    Po Box 1181145,    Arlington, TX 76096
14747657       +I C System Inc,    Po Box 64378,    Saint Paul, MN 55164-0378
14747658       +KML,    701 Market Street, Suite 5000,    Philadelphia, PA 19106-1541
14765160       +PA SCDU,    PO Box 69110,    Harrisburg, PA 17106-9110
14747660       +Penn Credit,    916 S 14th St,    Harrisburg, PA 17104-3425
14777993       +Pingora Loan Servicing, LLC,    c/o Cenlar FSB,    425 Phillips Blvd,    Ewing, NJ 08618-1430
14747661       +R & R Collection,    Po Box 8855,    Midland, TX 79708-8855
14765165      ++T MOBILE,    C O AMERICAN INFOSOURCE LP,    4515 N SANTA FE AVE,    OKLAHOMA CITY OK 73118-7901
                 (address filed with court: T Mobile,    12920 SE 38th Street,    Bellevue, WA 98006)
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
cr             +E-mail/Text: kburkley@bernsteinlaw.com Mar 03 2018 01:26:39     Duquesne Light Company,
                 c/o Allison Carr,    707 Grant Street,    Suite 2200,    Pittsburgh, PA 15219-1945
14747649       +E-mail/Text: bankruptcy@cavps.com Mar 03 2018 01:26:22     Cavalry Portfolio Serv,
                 Po Box 27288,    Tempe, AZ 85285-7288
14754923       +E-mail/Text: bankruptcy@cavps.com Mar 03 2018 01:26:23     Cavalry SPV I, LLC,
                 500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-1340
14747650       +E-mail/Text: kzoepfel@credit-control.com Mar 03 2018 01:26:11     Central Loan Admin & R,
                 425 Phillips Blvd,    Ewing, NJ 08618-1430
14779416       +E-mail/Text: kburkley@bernsteinlaw.com Mar 03 2018 01:26:39     Duquesne Light Company,
                 c/o Bernstein-Burkley, P.C.,    707 Grant St., Suite 2200, Gulf Tower,
                 Pittsburgh, PA 15219-1945
14747654       +E-mail/Text: bknotice@ercbpo.com Mar 03 2018 01:26:14     Enhanced Recovery Co L,
                 8014 Bayberry Rd,    Jacksonville, FL 32256-7412
14747659       +E-mail/Text: bnckohlsnotices@becket-lee.com Mar 03 2018 01:25:49     Kohls/capone,
                 N56 W 17000 Ridgewood Dr,    Menomonee Falls, WI 53051-7096
14781740        E-mail/PDF: resurgentbknotifications@resurgent.com Mar 03 2018 01:28:21
                 LVNV Funding, LLC its successors and assigns as,    assignee of NCOP Capital II, LLC,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
14782532        E-mail/PDF: resurgentbknotifications@resurgent.com Mar 03 2018 01:28:35
                 LVNV Funding, LLC its successors and assigns as,    assignee of Arrow Financial Services,,
                 LLC,    Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
14765163       +E-mail/Text: appebnmailbox@sprint.com Mar 03 2018 01:26:07     Sprint,    Customer Service,
                 P.O. Box 8077,    London, KY 40742-8077
14747662       +E-mail/Text: bankruptcy@sw-credit.com Mar 03 2018 01:26:09     Sw Crdt Sys,
                 4120 International Parkway,    Carrollton, TX 75007-1958
14752385       +E-mail/Text: bankruptcynotice@westlakefinancial.com Mar 03 2018 01:26:09
                 WESTLAKE FINANCIAL SERVICES,    4751 WILSHIRE BLVD,    SUITE 100,    LOS ANGELES CA 90010-3847
14747663       +E-mail/Text: bankruptcynotice@westlakefinancial.com Mar 03 2018 01:26:09     Westlake Fin,
                 4751 Wilshire Bvld,    Los Angeles, CA 90010-3827
                                                                                              TOTAL: 13
```

```
              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Pingora Loan Servicing, LLC
14765142*      +Allegheny Co Fam Div,    414 Grant St,    Pittsburgh, PA 15219-2409
14765144*      +Ars Account Resolution,    1643 Harrison Pkwy Ste 1,    Sunrise, FL 33323-2857
14765145*     ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
                 (address filed with court: Capital One,    15000 Capital One Dr,    Richmond, VA 23238)
14765146*      +Cavalry Portfolio Serv,    Po Box 27288,    Tempe, AZ 85285-7288
14765147*      +Central Loan Admin & R,    425 Phillips Blvd,    Ewing, NJ 08618-1430
14765148*      +Chase Card,    Po Box 15298,    Wilmington, DE 19850-5298
14765151*      +Convergent Outsourcing,    800 Sw 39th St,    Renton, WA 98057-4975
14765153*      +Debt Collection Partne,    1109 Van Voorhis Road,    Morgantown, WV 26505-3462
14765154*      +Enhanced Recovery Co L,    8014 Bayberry Rd,    Jacksonville, FL 32256-7412
```

```
District/off: 0315-2           User: dbas                  Page 2 of 2                   Date Rcvd: Mar 02, 2018
                               Form ID: 149                Total Noticed: 37

              ***** BYPASSED RECIPIENTS (continued) *****
14765155*      +Eos Cca,    Po Box 981008,    Boston, MA 02298-1008
14765156*       Gm Financial,    Po Box 1181145,    Arlington, TX 76096
14765157*      +I C System Inc,    Po Box 64378,    Saint Paul, MN 55164-0378
14765158*      +KML,    701 Market Street, Suite 5000,    Philadelphia, PA 19106-1541
14765159*      +Kohls/capone,    N56 W 17000 Ridgewood Dr,    Menomonee Falls, WI 53051-7096
14765161*      +Penn Credit,    916 S 14th St,    Harrisburg, PA 17104-3425
14765162*      +R & R Collection,    Po Box 8855,    Midland, TX 79708-8855
14765164*      +Sw Crdt Sys,    4120 International Parkway,    Carrollton, TX 75007-1958
14765166*      +Westlake Fin,    4751 Wilshire Bvld,    Los Angeles, CA 90010-3827
                                                                                         TOTALS: 1, * 18, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 04, 2018                               Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 2, 2018 at the address(es) listed below:
              Allison L. Carr    on behalf of Creditor    Duquesne Light Company acarr@bernsteinlaw.com,
               acarr@ecf.courtdrive.com;cwirick@ecf.courtdrive.com
              James Warmbrodt     on behalf of Creditor    Pingora Loan Servicing, LLC bkgroup@kmllawgroup.com
              Jeffrey R. Hunt    on behalf of Creditor    Borough of Avalon jhunt@grblaw.com, cnoroski@grblaw.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Paul W. McElrath, Jr.   on behalf of Joint Debtor Kimberly D Zook ecf@mcelrathlaw.com,
               donotemail.ecfbackuponly@gmail.com
              Paul W. McElrath, Jr.   on behalf of Debtor Steven M. Zook ecf@mcelrathlaw.com,
               donotemail.ecfbackuponly@gmail.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                         TOTAL: 7
```