# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **IN RE:** | : | Bankruptcy Number: 17-25054-GLT |
| | : | |
| **Steven M. Zook and** | : | Chapter 13 |
| **Kimberly D Zook,** | : | |
| **fka Kimberly Stoller** | : | Related to Doc. No. 36, 38 |
| Debtors | : | |
| | : | Concil Conf.: |
| **Steven M. Zook and** | : | June 21, 2018 at 2:00 PM |
| **Kimberly D Zook,** | : | |
| Movant | : | |
| | : | |
| vs. | : | |
| | : | |
| **Ronda J. Winnecour, Esquire,** | : | |
| **Chapter 13 Trustee,** | : | |
| Respondent | : | |

## CERTIFICATE OF SERVICE OF ORDER SCHEDULING DATES FOR HEARING ON AND OBJECTION TO AMENDED PLAN DATED April 3, 2018

I, Sharla Munroe, the undersigned Paralegal of the law firm McElrath Legal Holdings, LLC, certify under penalty of perjury that I am more than 18 years of age, and that I served a true copy of the Order Scheduling Dates for Hearing on and Objection to the Amended Plan and the Amended Plan Dated April 3, 2018, on the parties on the attached Matrix via U.S. pre-paid postage mail or electronic mail where indicated:

Executed on: <u>April 11, 2018</u>

By:  /s/ Sharla Munroe
Sharla Munroe, Paralegal
McElrath Legal Holdings, LLC
1641 Saw Mill Run Boulevard
Pittsburgh, PA 15210
Tel: 412.765.3606
Fax: 412.765.1917

# MATRIX

**Service by NEF**

Office of the U.S. Trustee
ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour, Ch. 13 Trustee
cmecf@chapter13trusteewdpa.com

**Service by First-Class Mail**

Steven & Kimberly Zook
905 Jackman Avenue
Pittsburgh, PA 15202

Allegheny Co Fam Div
414 Grant St
Pittsburgh, PA 15219

Amber Zook
180 Mt. Pleasant Road
Warrendale, PA 15086

Ars Account Resolution
1643 Harrison Pkwy Ste 1
Sunrise, FL 33323

Capital One
15000 Capital One Dr
Richmond, VA 23238

Cavalry Portfolio Serv
Po Box 27288
Tempe, AZ 85285

Central Loan Admin & R
425 Phillips Blvd
Ewing, NJ 08618

Chase Card
Po Box 15298
Wilmington, DE 19850

Citibank
701 East 60th Street N
Sioux Falls, SD 57117

Comcast
Po Box 3001
Southeastern, PA 19398

Convergent Outsourcing
800 Sw 39th St
Renton, WA 98057

David Stoller
54 Mt. Pleasant Road
Sistersville, WV 26175

Debt Collection Partne
1109 Van Voorhis Road
Morgantown, WV 26505

Enhanced Recovery Co L
8014 Bayberry Rd
Jacksonville, FL 32256

Eos Cca
Po Box 981008
Boston, MA 02298

Gm Financial
Po Box 1181145
Arlington, TX 76096

I C System Inc
Po Box 64378
Saint Paul, MN 55164

KML
701 Market Street, Suite 5000
Philadelphia, PA 19106

Kohls/capone
N56 W 17000 Ridgewood Dr
Menomonee Falls, WI 53051

PA SCDU
PO Box 69110
Harrisburg, PA 17106

Penn Credit
916 S 14th St
Harrisburg, PA 17104

R & R Collection
Po Box 8855
Midland, TX 79708

Sprint
Customer Service
P.O. Box 8077
London, KY 40742

Sw Crdt Sys
4120 International Parkway
Carrollton, TX 75007

T Mobile
12920 SE 38th Street
Bellevue, WA 98006

Westlake Fin
4751 Wilshire Bvld
Los Angeles, CA 90010