# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA
## CONCILIATION CONFERENCE MINUTES

**Conciliation Conference:**

- **Debtor:** STEVEN M. & KIMBERLY D ZOOK
- **Case Number:** 17-25054-GLT    **Chapter:** 13
- **Date / Time / Room:** THURSDAY, JUNE 21, 2018 02:00 PM    3251 US STEEL
- **Hearing Officer:** CHAPTER 13 TRUSTEE

**Matter:**

#35 - Final Confirmation of Plan Dated 04/03/2018 (NFC)
R / M #: 35 / 0

**Appearances:**

- Debtor:
- Trustee: Winnecour / (Pail) / Katz / DeSimone    *Freta 6*
- Creditor:

**Proceedings:**

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. ✓ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____.
7. _____ Plan/Motion continued to _____ at _____.
8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
   Objections are due on or before _____.
   A hearing on the Amended Plan is set for _____ at _____.
9. _____ Contested Hearing: _____ at _____.
10. _____ Other:

M. Miksich - Pingora counsel / debtor have no defense T consents

D wife lost job - Can't fund plan. Last pmt 3/18

RECEIVED 2018 JUN 22 A 10:11 CLERK US BANKRUPTCY COURT PITTSBURGH

6/12/2018    11:33:46AM