Form 309

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

| | | |
|---|---|---|
| **Steven M. Zook** | : | Case No. 17−25054−GLT |
| **Kimberly D Zook** | : | Chapter: 13 |
| **fka Kimberly Stoller** | : | |
| *Debtor(s)* | : | |
| | : | Issued Per 6/21/2018 Proceeding |
| | : | |

## ORDER DISMISSING CASE WITHOUT PREJUDICE AND
## TERMINATING WAGE ATTACHMENT

*AND NOW,* this *The 22nd of June, 2018,* after notice and hearing and the Debtor(s) having failed to comply with the requirements of the *Bankruptcy Code*, the *Local Rules* of this Court and/or an Order of Court, it is hereby **ORDERED, ADJUDGED and DECREED** as follows:

(1) The above−captioned case is **DISMISSED, without prejudice**. The Debtor(s) remain legally liable for all his/her/their debts as if the bankruptcy petition had not been filed. Creditor collection remedies are reinstated pursuant to *11 U.S.C. §349*. Creditors are directed to *11 U.S.C. §108(c)* for time limits on filing a lawsuit to collect. ***Generally, a creditor's lawsuit must be filed either before the time deadline imposed by state law for filing runs, or (30) thirty days after date of this Order, whichever is later.***

(2) Each income attachment issued in this case is now terminated. So that each employer and entity subject to an attachment Order knows to stop the attachment, the Debtor(s) shall immediately serve a copy of this order on each such employer and entity.

(3) The Court retains jurisdiction over the Trustee's Report of Receipts and Disbursements and Final Report and Account. Upon submission of the UST Form 13−FR−S: Chapter 13 Standing Trustee's Final Report and Account, the Trustee is discharged from her duties in this case and this case will be closed without further order of Court.

(4) The Clerk shall give notice to all creditors of this dismissal.

Gregory L. Taddonio, Judge
United States Bankruptcy Court

Case Administrators to serve:
All Creditors and All Parties In Interest

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                         Case No. 17-25054-GLT
Steven M. Zook                                                                 Chapter 13
Kimberly D Zook
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: dbas                  Page 1 of 2            Date Rcvd: Jun 22, 2018
                              Form ID: 309                Total Noticed: 37

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 24, 2018.
```
db/jdb         +Steven M. Zook,    Kimberly D Zook,    905 Jackman Avenue,    Pittsburgh, PA 15202-2807
cr             +Borough of Avalon,    437 Grant Street, 14th Floor,    Frick Building,   Frick Building,
                 Pittsburgh, PA 15219,   UNITED STATES 15219-6101
14854419       +ACAR Leasing LTD d/b/a GM Financial Leasing,    P.O. Box 183853,    Arlington, TX 76096-3853
14747646       +Allegheny Co Fam Div,    414 Grant St,   Pittsburgh, PA 15219-2409
14765143       +Amber Zook,    180 Mt. Pleasant Road,   Warrendale, PA 15086-7555
14747647       +Ars Account Resolution,    1643 Harrison Pkwy Ste 1,    Sunrise, FL 33323-2857
14781164       +Borough of Avalon,    Goehring, Rutter & Boehm,   c/o Jeffrey R. Hunt, Esquire,
                 437 Grant Street, 14th Floor,    Frick Building,   Pittsburgh, PA 15219-6101
14765150       +Comcast,   Po Box 3001,    Southeastern, PA 19398-3001
14765152        David Stoller,    54 Mt. Pleasant Road,   Sistersville, WV 26175
14747655       +Eos Cca,   Po Box 981008,    Boston, MA 02298-1008
14747656        Gm Financial,    Po Box 1181145,   Arlington, TX 76096
14747658       +KML,   701 Market Street, Suite 5000,    Philadelphia, PA 19106-1541
14765160       +PA SCDU,   PO Box 69110,    Harrisburg, PA 17106-9110
14747660       +Penn Credit,    916 S 14th St,   Harrisburg, PA 17104-3425
14777993       +Pingora Loan Servicing, LLC,    c/o Cenlar FSB,   425 Phillips Blvd,    Ewing, NJ 08618-1430
14747661       +R & R Collection,    Po Box 8855,   Midland, TX 79708-8855
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr             +E-mail/Text: kburkley@bernsteinlaw.com Jun 23 2018 01:51:27      Duquesne Light Company,
                 c/o Allison Carr,   707 Grant Street,    Suite 2200,   Pittsburgh, PA 15219-1945
14747648        EDI: CAPITALONE.COM Jun 23 2018 05:33:00      Capital One,    15000 Capital One Dr,
                 Richmond, VA 23238
14764172        EDI: CAPITALONE.COM Jun 23 2018 05:33:00      Capital One Bank (USA), N.A.,    PO Box 71083,
                 Charlotte, NC 28272-1083
14763586        EDI: BL-BECKET.COM Jun 23 2018 05:33:00      Capital One, N.A.,    c/o Becket and Lee LLP,
                 PO Box 3001,    Malvern PA 19355-0701
14747649       +E-mail/Text: bankruptcy@cavps.com Jun 23 2018 01:50:58      Cavalry Portfolio Serv,
                 Po Box 27288,    Tempe, AZ 85285-7288
14754923       +E-mail/Text: bankruptcy@cavps.com Jun 23 2018 01:50:58      Cavalry SPV I, LLC,
                 500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-1340
14747650       +E-mail/Text: kzoepfel@credit-control.com Jun 23 2018 01:50:43       Central Loan Admin & R,
                 425 Phillips Blvd,    Ewing, NJ 08618-1430
14747651       +EDI: CHASE.COM Jun 23 2018 05:33:00      Chase Card,   Po Box 15298,    Wilmington, DE 19850-5298
14765149       +EDI: CITICORP.COM Jun 23 2018 05:33:00      Citibank,   701 East 60th Street N,
                 Sioux Falls, SD 57104-0493
14747652       +EDI: CONVERGENT.COM Jun 23 2018 05:33:00      Convergent Outsourcing,    800 Sw 39th St,
                 Renton, WA 98057-4975
14779416       +E-mail/Text: kburkley@bernsteinlaw.com Jun 23 2018 01:51:26      Duquesne Light Company,
                 c/o Bernstein-Burkley, P.C.,    707 Grant St., Suite 2200, Gulf Tower,
                 Pittsburgh, PA 15219-1945
14747654       +E-mail/Text: bknotice@ercbpo.com Jun 23 2018 01:50:46      Enhanced Recovery Co L,
                 8014 Bayberry Rd,    Jacksonville, FL 32256-7412
14747657       +EDI: IIC9.COM Jun 23 2018 05:33:00     I C System Inc,    Po Box 64378,
                 Saint Paul, MN 55164-0378
14747659       +EDI: CBSKOHLS.COM Jun 23 2018 05:33:00      Kohls/capone,   N56 W 17000 Ridgewood Dr,
                 Menomonee Falls, WI 53051-7096
14781740        EDI: RESURGENT.COM Jun 23 2018 05:33:00      LVNV Funding, LLC its successors and assigns as,
                 assignee of NCOP Capital II, LLC,    Resurgent Capital Services,    PO Box 10587,
                 Greenville, SC 29603-0587
14782532        EDI: RESURGENT.COM Jun 23 2018 05:33:00      LVNV Funding, LLC its successors and assigns as,
                 assignee of Arrow Financial Services,,    LLC,   Resurgent Capital Services,    PO Box 10587,
                 Greenville, SC 29603-0587
14765163       +EDI: NEXTEL.COM Jun 23 2018 05:33:00      Sprint,   Customer Service,    P.O. Box 8077,
                 London, KY 40742-8077
14747662       +EDI: SWCR.COM Jun 23 2018 05:33:00     Sw Crdt Sys,    4120 International Parkway,
                 Carrollton, TX 75007-1958
14765165        EDI: AISTMBL.COM Jun 23 2018 05:33:00      T Mobile,   12920 SE 38th Street,
                 Bellevue, WA 98006
14752385       +E-mail/Text: bankruptcynotice@westlakefinancial.com Jun 23 2018 01:50:36
                 WESTLAKE FINANCIAL SERVICES,    4751 WILSHIRE BLVD,    SUITE 100,   LOS ANGELES CA 90010-3847
14747663       +E-mail/Text: bankruptcynotice@westlakefinancial.com Jun 23 2018 01:50:36       Westlake Fin,
                 4751 Wilshire Bvld,    Los Angeles, CA 90010-3827
                                                                                              TOTAL: 21

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Pingora Loan Servicing, LLC
```

```
District/off: 0315-2           User: dbas                  Page 2 of 2              Date Rcvd: Jun 22, 2018
                               Form ID: 309                Total Noticed: 37

14765142*      +Allegheny Co Fam Div,    414 Grant St,    Pittsburgh, PA 15219-2409
14765144*      +Ars Account Resolution,    1643 Harrison Pkwy Ste 1,    Sunrise, FL 33323-2857
14765145*     ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
               (address filed with court: Capital One,    15000 Capital One Dr,    Richmond, VA 23238)
14765146*      +Cavalry Portfolio Serv,    Po Box 27288,    Tempe, AZ 85285-7288
14765147*      +Central Loan Admin & R,    425 Phillips Blvd,    Ewing, NJ 08618-1430
14765148*      +Chase Card,    Po Box 15298,    Wilmington, DE 19850-5298
14765151*      +Convergent Outsourcing,    800 Sw 39th St,    Renton, WA 98057-4975
14765153*      +Debt Collection Partne,    1109 Van Voorhis Road,    Morgantown, WV 26505-3462
14765154*      +Enhanced Recovery Co L,    8014 Bayberry Rd,    Jacksonville, FL 32256-7412
14765155*      +Eos Cca,   Po Box 981008,    Boston, MA 02298-1008
14765156*       Gm Financial,    Po Box 1181145,    Arlington, TX 76096
14765157*      +I C System Inc,    Po Box 64378,    Saint Paul, MN 55164-0378
14765158*      +KML,   701 Market Street, Suite 5000,    Philadelphia, PA 19106-1541
14765159*      +Kohls/capone,    N56 W 17000 Ridgewood Dr,    Menomonee Falls, WI 53051-7096
14765161*      +Penn Credit,    916 S 14th St,    Harrisburg, PA 17104-3425
14765162*      +R & R Collection,    Po Box 8855,    Midland, TX 79708-8855
14765164*      +Sw Crdt Sys,    4120 International Parkway,    Carrollton, TX 75007-1958
14765166*      +Westlake Fin,    4751 Wilshire Bvld,    Los Angeles, CA 90010-3827
14747653      ##+Debt Collection Partne,    1109 Van Voorhis Road,    Morgantown, WV 26505-3462
                                                                              TOTALS: 1, * 18, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 24, 2018                                     Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 22, 2018 at the address(es) listed below:
```
              Allison L. Carr    on behalf of Creditor    Duquesne Light Company acarr@tuckerlaw.com
              James Warmbrodt     on behalf of Creditor    Pingora Loan Servicing, LLC bkgroup@kmllawgroup.com
              Jeffrey R. Hunt    on behalf of Creditor    Borough of Avalon jhunt@grblaw.com, cnoroski@grblaw.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Paul W. McElrath, Jr.    on behalf of Joint Debtor Kimberly D Zook ecf@mcelrathlaw.com,
               donotemail.ecfbackuponly@gmail.com
              Paul W. McElrath, Jr.    on behalf of Debtor Steven M. Zook ecf@mcelrathlaw.com,
               donotemail.ecfbackuponly@gmail.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                          TOTAL: 7
```