**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: | |
| STEVEN M. ZOOK<br>KIMBERLY D ZOOK<br>        Debtor(s) | Case No.:17-25054 GLT |
| Ronda J. Winnecour<br>        Movant<br>vs.<br>No Respondents. | Document No.: |

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 12/20/2017 and confirmed on 03/02/2018 . The case was subsequently (B)DISMISSED AFTER CONFIRMATION FUNDS TO DEBTOR

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 558.00 |
| Less Refunds to Debtor | 0.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 558.00 |
| | | |
| Administrative Fees | | |
| Filing Fee | 0.00 | |
| Notice Fee | 0.00 | |
| Attorney Fee | 128.85 | |
| Trustee Fee | 24.55 | |
| Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 153.40 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
| PINGORA LOAN SERVICING LLC<br>    Acct: 7220 | 0.00 | 404.60 | 0.00 | 404.60 |
| PINGORA LOAN SERVICING LLC<br>    Acct: 7220 | 14,969.93 | 0.00 | 0.00 | 0.00 |
| AVALON BOROUGH (SWG)<br>    Acct: E191 | 315.25 | 0.00 | 0.00 | 0.00 |
| | | | | 404.60 |
| **Priority** | | | | |
| PAUL W MCELRATH JR ESQ<br>    Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| STEVEN M. ZOOK<br>    Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| MCELRATH LEGAL HOLDINGS LLC<br>    Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| PAUL W MCELRATH JR ESQ<br>    Acct: | 3,500.00 | 128.85 | 0.00 | 0.00 |
| AMBER ZOOK<br>    Acct: 1106 | 0.00 | 0.00 | 0.00 | 0.00 |

| 17-25054 GLT | TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS | | | Page 2 of 3 |
|---|---|---|---|---|
| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
| **Priority** | | | | |
|   DAVID STOLLER | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 8747 | | | | |
| | *** N O N E *** | | | |
| **Unsecured** | | | | |
|   DUQUESNE LIGHT COMPANY* | 932.12 | 0.00 | 0.00 | 0.00 |
|     Acct: 6755 | | | | |
|   ALLEGHENY COUNTY FAMILY DIVISION** | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 6100 | | | | |
|   ARS ACCOUNT RESOLUTION | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 8862 | | | | |
|   CAPITAL ONE BANK NA** | 2,918.68 | 0.00 | 0.00 | 0.00 |
|     Acct: 7088 | | | | |
|   CAVALRY SPV I LLC - ASSIGNEE(*) | 1,849.44 | 0.00 | 0.00 | 0.00 |
|     Acct: 7455 | | | | |
|   JPMORGAN CHASE BANK NA | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 4484 | | | | |
|   CONVERGENT OUTSOURCING INCORP | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 7890 | | | | |
|   CONVERGENT OUTSOURCING INCORP | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 3777 | | | | |
|   DEBT COLLECTION PARTNER | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 6568 | | | | |
|   ENHANCED RECOVERY COMPANY | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 0087 | | | | |
|   EOS CCA | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 7277 | | | | |
|   EOS CCA | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 7275 | | | | |
|   EOS CCA | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 7273 | | | | |
|   EOS CCA | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 7276 | | | | |
|   EOS CCA | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 7274 | | | | |
|   I.C. SYSTEMS INC. | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 3102 | | | | |
|   KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   CAPITAL ONE NA** | 543.77 | 0.00 | 0.00 | 0.00 |
|     Acct: 3145 | | | | |
|   CAPITAL ONE NA** | 362.98 | 0.00 | 0.00 | 0.00 |
|     Acct: 0267 | | | | |
|   PENN CREDIT CORP | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 0913 | | | | |
|   R AND R COLLECTION | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 0083 | | | | |
|   R AND R COLLECTION | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 0082 | | | | |
|   SOUTHWEST CREDIT SYSTEMS* | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 7525 | | | | |
|   WESTLAKE FINANCIAL SERVICES(*) | 4,954.95 | 0.00 | 0.00 | 0.00 |
|     Acct: 9430 | | | | |
|   LVNV FUNDING LLC, ASSIGNEE | 974.18 | 0.00 | 0.00 | 0.00 |
|     Acct: 2114 | | | | |
|   LVNV FUNDING LLC, ASSIGNEE | 351.10 | 0.00 | 0.00 | 0.00 |
|     Acct: 4029 | | | | |
|   ACAR LEASING LTD D/B/A GM FINANCIAL I | 18,877.48 | 0.00 | 0.00 | 0.00 |
|     Acct: 1924 | | | | |

| 17-25054 GLT | TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS | | | Page 3 of 3 |
|---|---|---|---|---|
| Creditor Type    Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
| Unsecured | | | | |
|    JAMES C WARMBRODT ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|       Acct: | | | | |
|    CITIBANK NA(*) | 0.00 | 0.00 | 0.00 | 0.00 |
|       Acct: | | | | |
|    COMCAST | 0.00 | 0.00 | 0.00 | 0.00 |
|       Acct: | | | | |
|    PA SCDU* | 0.00 | 0.00 | 0.00 | 0.00 |
|       Acct: | | | | |
|    SPRINT CORP(*) | 0.00 | 0.00 | 0.00 | 0.00 |
|       Acct: | | | | |
|    T MOBILE | 0.00 | 0.00 | 0.00 | 0.00 |
|       Acct: | | | | |

***NONE***

| | |
|---|---|
| TOTAL PAID TO CREDITORS | 404.60 |

TOTAL CLAIMED
| | |
|---|---|
| PRIORITY | 0.00 |
| SECURED | 15,285.18 |
| UNSECURED | 31.764.70 |

Date: 08/04/2018

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com